# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arias Larmay, | No. CV-24-02619-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| AMMO Incorporated, et al., | |
| Defendants. | |

Before the Court is the parties' Joint Stipulated and Unopposed Motion to Extend All Deadlines Pursuant to the PSLRA (First Request) (the "Joint Stipulation") (Doc. 9). For good cause showing,

**IT IS ORDERED** approving the Joint Stipulation (Doc. 9).   All deadlines will be deferred until fourteen (14) days after the appointment of lead plaintiff and lead counsel, and within fourteen (14) days after the appointment of lead plaintiff and lead counsel, lead counsel and counsel for Defendants will file a proposed schedule providing deadlines for lead plaintiff to file any amended complaint or affirm that lead plaintiff will stand on the original complaint, for Defendants to answer, move or otherwise respond to the operative complaint and for briefing any motion to dismiss.

Dated this 29th day of October, 2024.

Honorable Diane J. Humetewa
United States District Judge