Hart Robinovitch (AZ #020910)
**ZIMMERMAN REED LLP**
14648 North Scottsdale Road, Suite 130
Scottsdale, AZ 85254
T: (612) 341-0400
hart.robinovitch@zimmreed.com

*Attorneys for Movant Dirgesh Patel*

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Arias Larmay, Individually and on Behalf of All Others Similarly Situated, ) | Case No.: 2:24-CV-02619-DJH-JFM |
| ) | |
| Plaintiff, ) | **NOTICE OF MOTION AND MOTION OF DIRGESH PATEL FOR** |
| ) | **APPOINTMENT AS LEAD PLAINTIFF** |
| v. ) | **AND APPROVAL OF HIS SELECTION** |
| ) | **OF LEAD AND LOCAL COUNSEL** |
| Ammo, Inc., Fred W. Wagenhals, Jared R. Smith, and Robert D. Wiley, ) | |
| ) | |
| Defendants. ) | |
| ) | |

NOTICE OF MOTION AND MOTION OF DIRGESH PATEL FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HIS SELECTION OF LEAD AND LOCAL COUNSEL

PLEASE TAKE NOTICE that on a date and at a time designated by the Court, before the Honorable Diane J. Humetewa, at the United States District Court for Arizona, located at the Sandra Day O'Connor Courthouse, 401 W. Washington St., Suite 130, SPC 1, Phoenix, Arizona, 85003-2118, Dirgesh Patel ("Mr. Patel"), by counsel and under the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), will respectfully move this Court for an Order: (i) appointing Mr. Patel as Lead Plaintiff in the Action, (ii) approving Mr. Patel's selection of Kaplan Fox & Kilsheimer LLP ("Kaplan Fox") to serve as Lead Counsel and Zimmerman Reed LLP ("Zimmerman Reed") to serve as Local Counsel for the class, and (iii) for any such further relief as the Court may deem just and proper.

In support of this Motion, Mr. Patel submits his Memorandum of Law in Support of His Motion for Appointment as Lead Plaintiff and Approval of His Selection of Lead and Local Counsel, and the Declaration of Hart Robinovitch In Support of the Motion of Dirgesh Patel for Appointment as Lead Plaintiff and Approval of His Selection of Lead and Local Counsel.

This Motion is made on the grounds that Mr. Patel believes he is the "most adequate plaintiff" under the PSLRA and should therefore be appointed Lead Plaintiff.  Specifically, Mr. Patel believes that he has the "largest financial interest" in the relief sought by the class in the Action as a result of the substantial loss he suffered on his purchases of Ammo, Inc. securities during the Class Period when Defendants made material and misleading statements and omissions. Mr. Patel also believes that he otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure because his claims are typical of those of other class members and because he will fairly and adequately represent the interests of the class.

WHEREFORE, Mr. Patel requests that the Court: (1) appoint Mr. Patel as Lead Plaintiff in the Action in accordance with the PSLRA; (2) approve Mr. Patel's selection of Kaplan Fox to serve as Lead Counsel and Zimmerman Reed to serve as Local Counsel for the Class; and (3) grant any such further relief that the Court may deem just and proper.

Date:  November 29, 2024

**ZIMMERMAN REED LLP**

*/s/ Hart Robinovitch*
Hart Robinovitch
14648 North Scottsdale Road, Suite 130
Scottsdale, AZ 85254
T: (612) 341-0400
hart.robinovitch@zimmreed.com

**KAPLAN FOX & KILSHEIMER LLP**
Jeffrey P. Campisi (*pro hac vice* forthcoming)
Chang Hahn (*pro hac vice* forthcoming)
800 Third Avenue, 38th Floor
New York, NY 10022
T: (212) 687-1980
F: (212) 687-7714
jcampisi@kaplanfox.com
chahn@kaplanfox.com

Laurence D. King (*pro hac vice* forthcoming)
Clarissa Olivares (*pro hac vice* forthcoming)
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: (415) 772-4700
Facsimile: (415) 772-4707
lking@kaplanfox.com
colivares@kaplanfox.com

*Attorneys for Movant Dirgesh Patel and Proposed Lead and Local Counsel for the Proposed Class*

NOTICE OF MOTION AND MOTION OF DIRGESH PATEL FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HIS SELECTION OF LEAD AND LOCAL COUNSEL

2