Hart Robinovitch (AZ #020910)
**ZIMMERMAN REED LLP**
14648 North Scottsdale Road, Suite 130
Scottsdale, AZ 85254
T: (612) 341-0400
hart.robinovitch@zimmreed.com

*Attorneys for Movant Dirgesh Patel*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Arias Larmay, Individually and on Behalf of All Others Similarly Situated, | ) Case No.: 2:24-CV-02619-DJM-JFM<br>)<br>) |
| Plaintiff, | ) **DECLARATION OF HART** |
| | ) **ROBINOVICH IN SUPPORT OF THE** |
| v. | ) **MOTION OF DIRGESH PATEL FOR** |
| | ) **APPOINTMENT AS LEAD PLAINTIFF** |
| Ammo, Inc., Fred W. Wagenhals, Jared R. Smith, and Robert D. Wiley, | ) **AND APPROVAL OF HIS SELECTION** |
| | ) **OF LEAD AND LOCAL COUNSEL** |
| | ) |
| Defendants. | ) |
| | ) |

I, HART ROBINOVICH, declare the following under the penalty of perjury:

1. I am a partner of the law firm of Zimmerman Reed LLP. I respectfully submit this Declaration in Support of the Motion of Dirgesh Patel ("Mr. Patel") for: (1) Appointment as Lead Plaintiff; and (2) Approval of His selection of Lead and Local Counsel.

2. Attached hereto are true and correct copies of the following documents:

Exhibit A:  September 30, 2024 Notice of Pendency of this Class Action on *Business Wire*;

Exhibit B:  Mr. Patel's sworn certification under the Private Securities Litigation Reform Act of 1995;

Exhibit C:  Chart calculating the losses incurred by Mr. Patel prepared by counsel;

Exhibit D:  Firm resume of Kaplan Fox & Kilsheimer LLP;

Exhibit E:  Declaration of Dirgesh Patel, dated October 7, 2024; and

Exhibit F:  Firm resume of Zimmerman Reed LLP

Date:  November 29, 2024

**ZIMMERMAN REED LLP**

/s/ Hart Robinovitch
Hart Robinovitch
14648 North Scottsdale Road, Suite 130
Scottsdale, AZ 85254
T: (612) 341-0400
hart.robinovitch@zimmreed.com

*Attorneys for Movant Dirgesh Patel*

DECLARATION OF HART ROBINOVICH IN SUPPORT OF THE MOTION OF DIRGESH PATEL
FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL
OF HIS SELECTION OF LEAD AND LOCAL COUNSEL