# EXHIBIT B

## CERTIFICATION

I, Dirgesh Patel, hereby certify and swear as follows:

1. I have reviewed a complaint against AMMO, Inc. and certain of its current and former executives and directors alleging violations of the securities laws and I authorize the filing of a lead plaintiff motion;

2. I am willing to serve as a representative party on behalf of a class, or to be a member of a group representing a class, including providing testimony at deposition and trial, if necessary;

3. I have not within the 3-year period preceding the date hereof sought to serve, or served, as a representative party on behalf of a class in an action brought under the federal securities laws;

4. My transactions in AMMO's securities during the proposed class period are set forth in Schedule A, which is attached hereto.

5. I did not purchase AMMO's securities at the direction of my counsel or in order to participate in any private action under the federal securities laws; and

6. I will not accept any payment for serving as a representative party on behalf of a class beyond my pro rata share of any recovery, except as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 10/14/2024

Signed by:

*Dirgesh Patel*
221EF4294AC54CD...
Dirgesh Patel

## Schedule A

### Dirgesh Patel's Transactions in AMMO, Inc.

| Security Description | CUSIP | Transaction | Trade Date | Quantity | Price |
|---|---|---|---|---|---|
| **Account 1** | | | | | |
| AMMO Inc. | 00175J107 | Bought | 2/16/2021 | 2,100 | $8.6600 |
| AMMO Inc. | 00175J107 | Bought | 2/17/2021 | 120 | $8.0967 |
| AMMO Inc. | 00175J107 | Securities Transferred Out* | 4/6/2021 | (2,220) | $0.0000 |
| | | | | | |
| **Account 2** | | | | | |
| AMMO Inc. | 00175J107 | Bought | 3/4/2021 | 8,000 | $6.8724 |
| AMMO Inc. | 00175J107 | Securities Transferred Out** | 4/23/2021 | (8,000) | $0.0000 |
| | | | | | |
| **Account 3** | | | | | |
| AMMO Inc. | 00175J107 | Bought | 12/7/2020 | 3,937 | $2.5100 |
| AMMO Inc. | 00175J107 | Sold | 1/13/2021 | (2,060) | $7.8600 |
| AMMO Inc. | 00175J107 | Sold | 1/13/2021 | (6,878) | $7.8000 |
| AMMO Inc. | 00175J107 | Sold | 1/13/2021 | (200) | $7.8100 |
| AMMO Inc. | 00175J107 | Sold | 1/13/2021 | (108) | $7.8400 |
| AMMO Inc. | 00175J107 | Sold | 1/13/2021 | (2) | $7.8200 |
| AMMO Inc. | 00175J107 | Sold | 1/13/2021 | (719) | $7.8300 |
| AMMO Inc. | 00175J107 | Sold | 1/13/2021 | (3,403) | $7.8500 |
| AMMO Inc. | 00175J107 | Sold | 1/13/2021 | (6,082) | $7.5810 |
| AMMO Inc. | 00175J107 | Bought | 1/22/2021 | 2,630 | $5.7765 |
| AMMO Inc. | 00175J107 | Bought | 1/22/2021 | 664 | $5.8200 |
| AMMO Inc. | 00175J107 | Bought | 1/22/2021 | 1,336 | $5.8145 |
| AMMO Inc. | 00175J107 | Bought | 1/25/2021 | 2,000 | $5.1600 |
| AMMO Inc. | 00175J107 | Sold | 2/3/2021 | (6,630) | $6.9852 |
| AMMO Inc. | 00175J107 | Bought | 2/4/2021 | 7,500 | $7.4810 |
| AMMO Inc. | 00175J107 | Bought | 2/4/2021 | 5,000 | $7.5700 |
| AMMO Inc. | 00175J107 | Bought | 2/4/2021 | 700 | $7.4600 |
| AMMO Inc. | 00175J107 | Bought | 2/4/2021 | 4,300 | $7.4350 |
| AMMO Inc. | 00175J107 | Sold | 2/4/2021 | (7,100) | $7.5500 |
| AMMO Inc. | 00175J107 | Sold | 2/4/2021 | (400) | $7.6900 |
| AMMO Inc. | 00175J107 | Sold | 2/4/2021 | (13) | $7.5900 |
| AMMO Inc. | 00175J107 | Sold | 2/4/2021 | (34) | $7.6600 |
| AMMO Inc. | 00175J107 | Sold | 2/4/2021 | (1,650) | $7.6100 |
| AMMO Inc. | 00175J107 | Sold | 2/4/2021 | (2,703) | $7.5800 |
| AMMO Inc. | 00175J107 | Sold | 2/4/2021 | (600) | $7.5600 |
| AMMO Inc. | 00175J107 | Sold | 2/5/2021 | (400) | $7.5300 |
| AMMO Inc. | 00175J107 | Sold | 2/5/2021 | (400) | $7.5500 |
| AMMO Inc. | 00175J107 | Sold | 2/5/2021 | (218) | $7.5352 |
| AMMO Inc. | 00175J107 | Sold | 2/5/2021 | (3,982) | $7.5200 |
| AMMO Inc. | 00175J107 | Bought | 2/11/2021 | 100 | $9.1200 |
| AMMO Inc. | 00175J107 | Bought | 2/11/2021 | 11,900 | $9.1300 |

| AMMO Inc. | 00175J107 | Bought | 2/11/2021 | 50 | $9.0600 |
| AMMO Inc. | 00175J107 | Bought | 2/11/2021 | 4,200 | $9.0800 |
| AMMO Inc. | 00175J107 | Bought | 2/11/2021 | 5,750 | $9.0900 |
| AMMO Inc. | 00175J107 | Bought | 2/23/2021 | 5,000 | $7.4150 |
| AMMO Inc. | 00175J107 | Bought | 2/23/2021 | 5,000 | $7.4001 |
| AMMO Inc. | 00175J107 | Bought | 2/25/2021 | 348 | $7.1900 |
| AMMO Inc. | 00175J107 | Bought | 2/25/2021 | 100 | $7.1800 |
| AMMO Inc. | 00175J107 | Bought | 2/25/2021 | 9,552 | $7.2000 |
| AMMO Inc. | 00175J107 | Bought | 2/26/2021 | 7,500 | $7.0134 |
| AMMO Inc. | 00175J107 | Bought | 3/4/2021 | 2,000 | $7.0600 |
| AMMO Inc. | 00175J107 | Bought | 3/4/2021 | 2,000 | $6.9000 |
| AMMO Inc. | 00175J107 | Bought | 3/4/2021 | 3,000 | $6.7000 |
| AMMO Inc. | 00175J107 | Bought | 3/4/2021 | 2,000 | $6.7145 |
| AMMO Inc. | 00175J107 | Bought | 3/4/2021 | 2,000 | $6.5500 |
| AMMO Inc. | 00175J107 | Bought | 3/4/2021 | 2,000 | $6.4301 |
| AMMO Inc. | 00175J107 | Bought | 3/4/2021 | 1,600 | $6.3201 |
| AMMO Inc. | 00175J107 | Bought | 3/4/2021 | 400 | $6.3250 |
| AMMO Inc. | 00175J107 | Bought | 3/5/2021 | 1,200 | $6.0001 |
| AMMO Inc. | 00175J107 | Bought | 3/5/2021 | 800 | $6.0050 |
| AMMO Inc. | 00175J107 | Securities Transferred In* | 4/6/2021 | 2,220 | $0.0000 |
| AMMO Inc. | 00175J107 | Securities Transferred In** | 4/23/2021 | 8,000 | $0.0000 |
| AMMO Inc. | 00175J107 | Bought | 5/3/2021 | 793 | $6.9292 |
| AMMO Inc. | 00175J107 | Bought | 7/14/2021 | 107 | $7.4579 |
| AMMO Inc. | 00175J107 | Bought | 12/2/2021 | 1,136 | $5.2800 |
| AMMO Inc. | 00175J107 | Bought | 12/2/2021 | 0.3640 | $5.2900 |
| AMMO Inc. | 00175J107 | Bought | 12/6/2021 | 2,177 | $5.5200 |
| AMMO Inc. | 00175J107 | Bought | 12/6/2021 | 0.8580 | $5.5200 |
| AMMO Inc. | 00175J107 | Bought | 4/7/2022 | 1,187 | $4.2094 |
| AMMO Inc. | 00175J107 | Bought | 4/7/2022 | 0.6480 | $4.2093 |
| AMMO Inc. | 00175J107 | Bought | 4/21/2022 | 714 | $4.2050 |
| AMMO Inc. | 00175J107 | Bought | 4/21/2022 | 0.2860 | $4.2100 |
| | | | | | |
| *indicates securities transferred from Account 1 to Account 3 | | | | | |
| **indicates securities transferred from Account 2 to Account 3 | | | | | |
| | | | | | |
| **CALL (POWW) AMMO INC COM APR 16 21 $7.5** | | | | | |
| CALL (POWW) AMMO INC COM APR 16 21 $7.5 | 5102469BV | Bought | 2/23/2021 | 11 | $1.5000 |
| CALL (POWW) AMMO INC COM APR 16 21 $7.5 | 5102469BV | Bought | 2/23/2021 | 17 | $1.5000 |
| CALL (POWW) AMMO INC COM APR 16 21 $7.5 | 5102469BV | Bought | 2/23/2021 | 172 | $1.7000 |
| CALL (POWW) AMMO INC COM APR 16 21 $7.5 | 5102469BV | Expired | 4/16/2021 | (200) | $0.0000 |
| | | | | | |

| **CALL (POWW) AMMO INC COM OCT 15 21 $7.5** | | | | | |
|---|---|---|---|---|---|
| CALL (POWW) AMMO INC COM OCT 15 21 $7.5 | 5183429SO | Bought | 8/4/2021 | 60 | $0.7800 |
| CALL (POWW) AMMO INC COM OCT 15 21 $7.5 | 5183429SO | Bought | 8/16/2021 | 10 | $0.7700 |
| CALL (POWW) AMMO INC COM OCT 15 21 $7.5 | 5183429SO | Sold | 8/18/2021 | (70) | $1.0600 |
| CALL (POWW) AMMO INC COM OCT 15 21 $7.5 | 5183429SO | Bought | 8/19/2021 | 80 | $0.7400 |
| CALL (POWW) AMMO INC COM OCT 15 21 $7.5 | 5183429SO | Sold | 8/23/2021 | (80) | $1.0500 |
| CALL (POWW) AMMO INC COM OCT 15 21 $7.5 | 5183429SO | Bought | 8/31/2021 | 100 | $0.6800 |
| CALL (POWW) AMMO INC COM OCT 15 21 $7.5 | 5183429SO | Bought | 9/2/2021 | 80 | $0.5900 |
| CALL (POWW) AMMO INC COM OCT 15 21 $7.5 | 5183429SO | Expired | 10/15/2021 | (180) | $0.0000 |
| | | | | | |
| **CALL (POWW) AMMO INC COM FEB 19 21 $7.5** | | | | | |
| CALL (POWW) AMMO INC COM FEB 19 21 $7.5 | 5102469EY | Bought | 2/12/2021 | 100 | $1.5200 |
| CALL (POWW) AMMO INC COM FEB 19 21 $7.5 | 5102469EY | Sold | 2/16/2021 | (100) | $1.7600 |
| | | | | | |
| | | | | | |
| **CALL (POWW) AMMO INC COM FEB 19 21 $10** | | | | | |
| CALL (POWW) AMMO INC COM FEB 19 21 $10 | 5113339CU | Bought | 2/12/2021 | 200 | $0.6800 |
| CALL (POWW) AMMO INC COM FEB 19 21 $10 | 5113339CU | Sold | 2/16/2021 | (200) | $0.4500 |
| | | | | | |
| | | | | | |
| **CALL (POWW) AMMO INC COM APR 16 21 $10** | | | | | |
| CALL (POWW) AMMO INC COM APR 16 21 $10 | 5113349CC | Bought | 2/17/2021 | 76 | $1.5000 |
| CALL (POWW) AMMO INC COM APR 16 21 $10 | 5113349CC | Bought | 2/17/2021 | 31 | $1.5000 |
| CALL (POWW) AMMO INC COM APR 16 21 $10 | 5113349CC | Bought | 2/17/2021 | 85 | $1.5000 |
| CALL (POWW) AMMO INC COM APR 16 21 $10 | 5113349CC | Bought | 2/17/2021 | 8 | $1.5000 |
| CALL (POWW) AMMO INC COM APR 16 21 $10 | 5113349CC | Expired | 4/16/2021 | (200) | $0.0000 |
| | | | | | |
| **Account 4** | | | | | |
| AMMO Inc. | 00175J107 | Bought | 2/11/2021 | 1,500 | $9.1300 |

| AMMO Inc. | 00175J107 | Bought | 5/3/2021 | 1,450 | $6.9700 |
| AMMO Inc. | 00175J107 | Bought | 5/4/2021 | 1,465 | $6.7900 |
| AMMO Inc. | 00175J107 | Bought | 5/11/2021 | 1,200 | $6.3600 |
| AMMO Inc. | 00175J107 | Bought | 7/14/2021 | 2,000 | $7.4700 |
| AMMO Inc. | 00175J107 | Bought | 9/3/2021 | 780 | $6.9800 |
| AMMO Inc. | 00175J107 | Bought | 9/8/2021 | 730 | $6.8800 |
| AMMO Inc. | 00175J107 | Bought | 1/6/2022 | 2,000 | $4.9700 |
| AMMO Inc. | 00175J107 | Bought | 2/18/2022 | 1,150 | $4.4300 |
| AMMO Inc. | 00175J107 | Bought | 4/7/2022 | 590 | $4.2300 |
| AMMO Inc. | 00175J107 | Bought | 6/16/2022 | 522 | $3.8600 |
| AMMO Inc. | 00175J107 | Bought | 1/12/2023 | 4,300 | $2.3000 |