# EXHIBIT C

## Dirgesh Patel
### Estimated LIFO Losses in AMMO Inc. - Class period: 8/19/2020 - 9/24/2024

| SECURITY NAME | CUSIP | TRANSACTION TYPE | TRADE DATE | SHARES | PRICE PER SHARE | COSTS or (PROCEEDS) | ESTIMATED LOSSES or (PROFIT) |
|---|---|---|---|---|---|---|---|
| **Account 1:** | | | | | | | |
| AMMO Inc. | 00175J107 | Bought[1] | 2/16/2021 | 2,100 | $8.6600 | | |
| AMMO Inc. | 00175J107 | Bought[2] | 2/17/2021 | 120 | $8.0967 | | |
| AMMO Inc. | 00175J107 | Securities Transferred Out | 4/6/2021 | (2,220) | $0.0000 | | |
| | | | | | | | |
| **Account 2:** | | | | | | | |
| AMMO Inc. | 00175J107 | Bought[3] | 3/4/2021 | 8,000 | $6.8724 | | |
| AMMO Inc. | 00175J107 | Securities Transferred Out | 4/23/2021 | (8,000) | $0.0000 | | |
| | | | | | | | |
| **Account 3:** | | | | | | | |
| AMMO Inc. | 00175J107 | Holdings | as of 8/18/2020 | 15,515 | | | |
| | | | | *15,515* | | | |
| | | | | | | | |
| AMMO Inc. | 00175J107 | Sold | 1/13/2021 | (5,001) | $7.8000 | | |
| AMMO Inc. | 00175J107 | Sold | 1/13/2021 | (200) | $7.8100 | | |
| AMMO Inc. | 00175J107 | Sold | 1/13/2021 | (108) | $7.8400 | | |
| AMMO Inc. | 00175J107 | Sold | 1/13/2021 | (2) | $7.8200 | | |
| AMMO Inc. | 00175J107 | Sold | 1/13/2021 | (719) | $7.8300 | | |
| AMMO Inc. | 00175J107 | Sold | 1/13/2021 | (3,403) | $7.8500 | | |
| AMMO Inc. | 00175J107 | Sold | 1/13/2021 | (6,082) | $7.5810 | | |
| | | | | *(15,515)* | | | |
| | | | | | | | |
| AMMO Inc. | 00175J107 | Bought | 12/7/2020 | 3,937 | $2.5100 | $9,881.87 | |
| AMMO Inc. | 00175J107 | Bought | 1/22/2021 | 2,630 | $5.7765 | $15,192.20 | |
| AMMO Inc. | 00175J107 | Bought | 1/22/2021 | 664 | $5.8200 | $3,864.48 | |
| AMMO Inc. | 00175J107 | Bought | 1/22/2021 | 1,336 | $5.8145 | $7,768.17 | |
| AMMO Inc. | 00175J107 | Bought | 1/25/2021 | 2,000 | $5.1600 | $10,320.00 | |
| AMMO Inc. | 00175J107 | Bought | 2/4/2021 | 7,500 | $7.4810 | $56,107.50 | |
| AMMO Inc. | 00175J107 | Bought | 2/4/2021 | 5,000 | $7.5700 | $37,850.00 | |
| AMMO Inc. | 00175J107 | Bought | 2/4/2021 | 700 | $7.4600 | $5,222.00 | |
| AMMO Inc. | 00175J107 | Bought | 2/4/2021 | 4,300 | $7.4350 | $31,970.50 | |
| AMMO Inc. | 00175J107 | Bought | 2/11/2021 | 100 | $9.1200 | $912.00 | |
| AMMO Inc. | 00175J107 | Bought | 2/11/2021 | 11,900 | $9.1300 | $108,647.00 | |
| AMMO Inc. | 00175J107 | Bought | 2/11/2021 | 50 | $9.0600 | $453.00 | |
| AMMO Inc. | 00175J107 | Bought | 2/11/2021 | 4,200 | $9.0800 | $38,136.00 | |
| AMMO Inc. | 00175J107 | Bought | 2/11/2021 | 5,750 | $9.0900 | $52,267.50 | |
| AMMO Inc. | 00175J107 | Bought | 2/23/2021 | 5,000 | $7.4150 | $37,075.00 | |
| AMMO Inc. | 00175J107 | Bought | 2/23/2021 | 5,000 | $7.4001 | $37,000.50 | |
| AMMO Inc. | 00175J107 | Bought | 2/25/2021 | 348 | $7.1900 | $2,502.12 | |
| AMMO Inc. | 00175J107 | Bought | 2/25/2021 | 100 | $7.1800 | $718.00 | |
| AMMO Inc. | 00175J107 | Bought | 2/25/2021 | 9,552 | $7.2000 | $68,774.40 | |
| AMMO Inc. | 00175J107 | Bought | 2/26/2021 | 7,500 | $7.0134 | $52,600.50 | |
| AMMO Inc. | 00175J107 | Bought | 3/4/2021 | 2,000 | $7.0600 | $14,120.00 | |
| AMMO Inc. | 00175J107 | Bought | 3/4/2021 | 2,000 | $6.9000 | $13,800.00 | |
| AMMO Inc. | 00175J107 | Bought | 3/4/2021 | 3,000 | $6.7000 | $20,100.00 | |
| AMMO Inc. | 00175J107 | Bought | 3/4/2021 | 2,000 | $6.7145 | $13,429.00 | |
| AMMO Inc. | 00175J107 | Bought | 3/4/2021 | 2,000 | $6.5500 | $13,100.00 | |
| AMMO Inc. | 00175J107 | Bought | 3/4/2021 | 2,000 | $6.4301 | $12,860.20 | |
| AMMO Inc. | 00175J107 | Bought | 3/4/2021 | 1,600 | $6.3201 | $10,112.16 | |
| AMMO Inc. | 00175J107 | Bought | 3/4/2021 | 400 | $6.3250 | $2,530.00 | |
| AMMO Inc. | 00175J107 | Bought | 3/5/2021 | 1,200 | $6.0001 | $7,200.12 | |
| AMMO Inc. | 00175J107 | Bought | 3/5/2021 | 800 | $6.0050 | $4,804.00 | |
| AMMO Inc. | 00175J107 | Securities Transferred In[1] | 4/6/2021 | 2,100 | $8.6600 | $18,186.00 | |

1

## Dirgesh Patel

### Estimated LIFO Losses in AMMO Inc. - Class period: 8/19/2020 - 9/24/2024

| SECURITY NAME | CUSIP | TRANSACTION TYPE | TRADE DATE | SHARES | PRICE PER SHARE | COSTS or (PROCEEDS) | ESTIMATED LOSSES or (PROFIT) |
|---|---|---|---|---|---|---|---|
| AMMO Inc. | 00175J107 | Securities Transferred In[2] | 4/6/2021 | 120 | $8.0967 | $971.60 | |
| AMMO Inc. | 00175J107 | Securities Transferred In[3] | 4/23/2021 | 8,000 | $6.8724 | $54,979.20 | |
| AMMO Inc. | 00175J107 | Bought | 5/3/2021 | 793 | $6.9292 | $5,494.86 | |
| AMMO Inc. | 00175J107 | Bought | 7/14/2021 | 107 | $7.4579 | $798.00 | |
| AMMO Inc. | 00175J107 | Bought | 12/2/2021 | 1,136 | $5.2800 | $5,998.08 | |
| AMMO Inc. | 00175J107 | Bought | 12/2/2021 | 0.3640 | $5.2900 | $1.93 | |
| AMMO Inc. | 00175J107 | Bought | 12/6/2021 | 2,177 | $5.5200 | $12,017.04 | |
| AMMO Inc. | 00175J107 | Bought | 12/6/2021 | 0.8580 | $5.5200 | $4.74 | |
| AMMO Inc. | 00175J107 | Bought | 4/7/2022 | 1,187 | $4.2094 | $4,996.56 | |
| AMMO Inc. | 00175J107 | Bought | 4/7/2022 | 0.6480 | $4.2093 | $2.73 | |
| AMMO Inc. | 00175J107 | Bought | 4/21/2022 | 714 | $4.2050 | $3,002.37 | |
| AMMO Inc. | 00175J107 | Bought | 4/21/2022 | 0.2860 | $4.2100 | $1.20 | |
| | | | | *110,903* | | *$795,772.5131* | |
| | | | | | | | |
| AMMO Inc. | 00175J107 | Sold | 1/13/2021 | (2,060) | $7.8600 | ($16,191.60) | |
| AMMO Inc. | 00175J107 | Sold | 1/13/2021 | (1,877) | $7.8000 | ($14,640.60) | |
| AMMO Inc. | 00175J107 | Sold | 2/3/2021 | (6,630) | $6.9852 | ($46,311.88) | |
| AMMO Inc. | 00175J107 | sold | 2/4/2021 | (7,100) | $7.5500 | ($53,605.00) | |
| AMMO Inc. | 00175J107 | Sold | 2/4/2021 | (400) | $7.6900 | ($3,076.00) | |
| AMMO Inc. | 00175J107 | Sold | 2/4/2021 | (13) | $7.5900 | ($98.67) | |
| AMMO Inc. | 00175J107 | Sold | 2/4/2021 | (34) | $7.6600 | ($260.44) | |
| AMMO Inc. | 00175J107 | Sold | 2/4/2021 | (1,650) | $7.6100 | ($12,556.50) | |
| AMMO Inc. | 00175J107 | Sold | 2/4/2021 | (2,703) | $7.5800 | ($20,488.74) | |
| AMMO Inc. | 00175J107 | Sold | 2/4/2021 | (600) | $7.5600 | ($4,536.00) | |
| AMMO Inc. | 00175J107 | Sold | 2/5/2021 | (400) | $7.5300 | ($3,012.00) | |
| AMMO Inc. | 00175J107 | Sold | 2/5/2021 | (400) | $7.5500 | ($3,020.00) | |
| AMMO Inc. | 00175J107 | Sold | 2/5/2021 | (218) | $7.5352 | ($1,642.67) | |
| AMMO Inc. | 00175J107 | Sold | 2/5/2021 | (3,982) | $7.5200 | ($29,944.64) | |
| AMMO Inc. | 00175J107 | Retained* | | (82,836) | $1.2613 | ($104,476.91) | |
| | | | | *(110,903)* | | *($313,861.6446)* | $481,910.87 |
| | | | | | | | |
| **CALL (POWW) AMMO INC COM APR 16 21 $7.5** | | | | | | | |
| CALL (POWW) AMMO INC COM APR 16 21 $7.5 | 5102469BV | Bought | 2/23/2021 | 11 | $1.5000 | $1,650.0000 | |
| CALL (POWW) AMMO INC COM APR 16 21 $7.5 | 5102469BV | Bought | 2/23/2021 | 17 | $1.5000 | $2,550.0000 | |
| CALL (POWW) AMMO INC COM APR 16 21 $7.5 | 5102469BV | Bought | 2/23/2021 | 172 | $1.7000 | $29,240.0000 | |
| | | | | *200* | | *$33,440.0000* | |
| | | | | | | | |
| CALL (POWW) AMMO INC COM APR 16 21 $7.5 | 5102469BV | Expired | 4/16/2021 | (200) | $0.0000 | $0.0000 | |
| | | | | *(200)* | | *$0.0000* | $33,440.00 |
| | | | | | | | |
| **CALL (POWW) AMMO INC COM OCT 15 21 $7.5** | | | | | | | |
| CALL (POWW) AMMO INC COM OCT 15 21 $7.5 | 5183429SO | Bought | 8/4/2021 | 60 | $0.7800 | $4,680.0000 | |
| CALL (POWW) AMMO INC COM OCT 15 21 $7.5 | 5183429SO | Bought | 8/16/2021 | 10 | $0.7700 | $770.0000 | |
| CALL (POWW) AMMO INC COM OCT 15 21 $7.5 | 5183429SO | Bought | 8/19/2021 | 80 | $0.7400 | $5,920.0000 | |
| CALL (POWW) AMMO INC COM OCT 15 21 $7.5 | 5183429SO | Bought | 8/31/2021 | 100 | $0.6800 | $6,800.0000 | |
| CALL (POWW) AMMO INC COM OCT 15 21 $7.5 | 5183429SO | Bought | 9/2/2021 | 80 | $0.5900 | $4,720.0000 | |
| | | | | *330* | | *$22,890.0000* | |
| | | | | | | | |
| CALL (POWW) AMMO INC COM OCT 15 21 $7.5 | 5183429SO | Sold | 8/18/2021 | (70) | $1.0600 | ($7,420.0000) | |
| CALL (POWW) AMMO INC COM OCT 15 21 $7.5 | 5183429SO | Sold | 8/23/2021 | (80) | $1.0500 | ($8,400.0000) | |
| CALL (POWW) AMMO INC COM OCT 15 21 $7.5 | 5183429SO | Expired | 10/15/2021 | (180) | $0.0000 | $0.0000 | |
| | | | | *(330)* | | *($15,820.0000)* | $7,070.00 |
| | | | | | | | |
| **CALL (POWW) AMMO INC COM FEB 19 21 $7.5** | | | | | | | |
| CALL (POWW) AMMO INC COM FEB 19 21 $7.5 | 5102469EY | Bought | 2/12/2021 | 100 | $1.5200 | $15,200.0000 | |

**Dirgesh Patel**

**Estimated LIFO Losses in AMMO Inc. - Class period: 8/19/2020 - 9/24/2024**

| SECURITY NAME | CUSIP | TRANSACTION TYPE | TRADE DATE | SHARES | PRICE PER SHARE | COSTS or (PROCEEDS) | ESTIMATED LOSSES or (PROFIT) |
|---|---|---|---|---|---|---|---|
| | | | | *100* | | *$15,200.0000* | |
| | | | | | | | |
| CALL (POWW) AMMO INC COM FEB 19 21 $7.5 | 5102469EY | Sold | 2/16/2021 | (100) | $1.7600 | ($17,600.0000) | |
| | | | | *(100)* | | *($17,600.0000)* | *($2,400.00)* |
| | | | | | | | |
| **CALL (POWW) AMMO INC COM FEB 19 21 $10** | | | | | | | |
| CALL (POWW) AMMO INC COM FEB 19 21 $10 | 5113339CU | Bought | 2/12/2021 | 200 | $0.6800 | $13,600.0000 | |
| | | | | *200* | | *$13,600.0000* | |
| | | | | | | | |
| CALL (POWW) AMMO INC COM FEB 19 21 $10 | 5113339CU | Sold | 2/16/2021 | (200) | $0.4500 | ($9,000.0000) | |
| | | | | *(200)* | | *($9,000.0000)* | *$4,600.00* |
| | | | | | | | |
| **CALL (POWW) AMMO INC COM APR 16 21 $10** | | | | | | | |
| CALL (POWW) AMMO INC COM APR 16 21 $10 | 5113349CC | Bought | 2/17/2021 | 76 | $1.5000 | $11,400.0000 | |
| CALL (POWW) AMMO INC COM APR 16 21 $10 | 5113349CC | Bought | 2/17/2021 | 31 | $1.5000 | $4,650.0000 | |
| CALL (POWW) AMMO INC COM APR 16 21 $10 | 5113349CC | Bought | 2/17/2021 | 85 | $1.5000 | $12,750.0000 | |
| CALL (POWW) AMMO INC COM APR 16 21 $10 | 5113349CC | Bought | 2/17/2021 | 8 | $1.5000 | $1,200.0000 | |
| | | | | *200* | | *$30,000.0000* | |
| | | | | | | | |
| CALL (POWW) AMMO INC COM APR 16 21 $10 | 5113349CC | Expired | 4/16/2021 | (200) | $0.0000 | $0.0000 | |
| | | | | *(200)* | | *$0.0000* | *$30,000.00* |

[1] Represents securities transferred from Account 1 to Account 3 at the price purchased on 2/16/2021

[2] Represents securities transferred from Account 1 to Account 3 at the price puchased on 2/17/2021

[3] Represents securities transferred from Account 2 to Account 3 at the price purchased on 3/4/2021

| SECURITY NAME | CUSIP | TRANSACTION TYPE | TRADE DATE | SHARES | PRICE PER SHARE | COSTS or (PROCEEDS) | ESTIMATED LOSSES or (PROFIT) |
|---|---|---|---|---|---|---|---|
| **Account 4:** | | | | | | | |
| AMMO Inc. | 00175J107 | Bought | 2/11/2021 | 1,500 | $9.1300 | $13,695.00 | |
| AMMO Inc. | 00175J107 | Bought | 5/3/2021 | 1,450 | $6.9700 | $10,106.50 | |
| AMMO Inc. | 00175J107 | Bought | 5/4/2021 | 1,465 | $6.7900 | $9,947.35 | |
| AMMO Inc. | 00175J107 | Bought | 5/11/2021 | 1,200 | $6.3600 | $7,632.00 | |
| AMMO Inc. | 00175J107 | Bought | 7/14/2021 | 2,000 | $7.4700 | $14,940.00 | |
| AMMO Inc. | 00175J107 | Bought | 9/3/2021 | 780 | $6.9800 | $5,444.40 | |
| AMMO Inc. | 00175J107 | Bought | 9/8/2021 | 730 | $6.8800 | $5,022.40 | |
| AMMO Inc. | 00175J107 | Bought | 1/6/2022 | 2,000 | $4.9700 | $9,940.00 | |
| AMMO Inc. | 00175J107 | Bought | 2/18/2022 | 1,150 | $4.4300 | $5,094.50 | |
| AMMO Inc. | 00175J107 | Bought | 4/7/2022 | 590 | $4.2300 | $2,495.70 | |
| AMMO Inc. | 00175J107 | Bought | 6/16/2022 | 522 | $3.8600 | $2,014.92 | |
| AMMO Inc. | 00175J107 | Bought | 1/12/2023 | 4,300 | $2.3000 | $9,890.00 | |
| | | | | *17,687* | | *$96,222.77* | |
| | | | | | | | |
| AMMO Inc. | 00175J107 | Retained* | | (17,687) | $1.2613 | ($22,307.73) | |
| | | | | *(17,687)* | | *($22,307.73)* | *$73,915.04* |
| | | | | | | | |
| | | | | | | Total LIFO Estimated Losses | **$628,535.91** |

*indicates average closing price from 9/25/2024 through 11/19/2024 (90-day lookback period)

3

## Dirgesh Patel
### Estimated FIFO Losses in Ammo Inc. - Class period: 8/19/2020 - 9/24/2024

| SECURITY NAME | CUSIP | TRANSACTION TYPE | TRADE DATE | SHARES | PRICE PER SHARE | COSTS or (PROCEEDS) | ESTIMATED LOSSES or (PROFIT) |
|---|---|---|---|---|---|---|---|
| Account 1: | | | | | | | |
| AMMO Inc. | 00175J107 | Bought[1] | 2/16/2021 | 2,100 | $8.6600 | | |
| AMMO Inc. | 00175J107 | Bought[2] | 2/17/2021 | 120 | $8.0967 | | |
| AMMO Inc. | 00175J107 | Securities Transferred Out | 4/6/2021 | (2,220) | $0.0000 | | |
| | | | | | | | |
| Account 2: | | | | | | | |
| AMMO Inc. | 00175J107 | Bought[3] | 3/4/2021 | 8,000 | $6.8724 | | |
| AMMO Inc. | 00175J107 | Securities Transferred Out | 4/23/2021 | (8,000) | $0.0000 | | |
| | | | | | | | |
| Account 3: | | | | | | | |
| AMMO Inc. | 00175J107 | Holdings | as of 8/18/2020 | 15,515 | | | |
| | | | | *15,515* | | | |
| | | | | | | | |
| AMMO Inc. | 00175J107 | Sold | 1/13/2021 | (2,060) | $7.8600 | | |
| AMMO Inc. | 00175J107 | Sold | 1/13/2021 | (6,878) | $7.8000 | | |
| AMMO Inc. | 00175J107 | Sold | 1/13/2021 | (200) | $7.8100 | | |
| AMMO Inc. | 00175J107 | Sold | 1/13/2021 | (108) | $7.8400 | | |
| AMMO Inc. | 00175J107 | Sold | 1/13/2021 | (2) | $7.8200 | | |
| AMMO Inc. | 00175J107 | Sold | 1/13/2021 | (719) | $7.8300 | | |
| AMMO Inc. | 00175J107 | Sold | 1/13/2021 | (3,403) | $7.8500 | | |
| AMMO Inc. | 00175J107 | Sold | 1/13/2021 | (2,145) | $7.5810 | | |
| | | | | (15,515) | | | |
| | | | | | | | |
| AMMO Inc. | 00175J107 | Bought | 12/7/2020 | 3,937 | $2.5100 | $9,881.87 | |
| AMMO Inc. | 00175J107 | Bought | 1/22/2021 | 2,630 | $5.7765 | $15,192.20 | |
| AMMO Inc. | 00175J107 | Bought | 1/22/2021 | 664 | $5.8200 | $3,864.48 | |
| AMMO Inc. | 00175J107 | Bought | 1/22/2021 | 1,336 | $5.8145 | $7,768.17 | |
| AMMO Inc. | 00175J107 | Bought | 1/25/2021 | 2,000 | $5.1600 | $10,320.00 | |
| AMMO Inc. | 00175J107 | Bought | 2/4/2021 | 5,000 | $7.5700 | $37,850.00 | |
| AMMO Inc. | 00175J107 | Bought | 2/4/2021 | 7,500 | $7.4810 | $56,107.50 | |
| AMMO Inc. | 00175J107 | Bought | 2/4/2021 | 700 | $7.4600 | $5,222.00 | |
| AMMO Inc. | 00175J107 | Bought | 2/4/2021 | 4,300 | $7.4350 | $31,970.50 | |
| AMMO Inc. | 00175J107 | Bought | 2/11/2021 | 100 | $9.1200 | $912.00 | |
| AMMO Inc. | 00175J107 | Bought | 2/11/2021 | 11,900 | $9.1300 | $108,647.00 | |
| AMMO Inc. | 00175J107 | Bought | 2/11/2021 | 50 | $9.0600 | $453.00 | |
| AMMO Inc. | 00175J107 | Bought | 2/11/2021 | 4,200 | $9.0800 | $38,136.00 | |
| AMMO Inc. | 00175J107 | Bought | 2/11/2021 | 5,750 | $9.0900 | $52,267.50 | |
| AMMO Inc. | 00175J107 | Bought | 2/23/2021 | 5,000 | $7.4150 | $37,075.00 | |
| AMMO Inc. | 00175J107 | Bought | 2/23/2021 | 5,000 | $7.4001 | $37,000.50 | |
| AMMO Inc. | 00175J107 | Bought | 2/25/2021 | 348 | $7.1900 | $2,502.12 | |
| AMMO Inc. | 00175J107 | Bought | 2/25/2021 | 100 | $7.1800 | $718.00 | |
| AMMO Inc. | 00175J107 | Bought | 2/25/2021 | 9,552 | $7.2000 | $68,774.40 | |
| AMMO Inc. | 00175J107 | Bought | 2/26/2021 | 7,500 | $7.0134 | $52,600.50 | |
| AMMO Inc. | 00175J107 | Bought | 3/4/2021 | 2,000 | $7.0600 | $14,120.00 | |
| AMMO Inc. | 00175J107 | Bought | 3/4/2021 | 2,000 | $6.9000 | $13,800.00 | |
| AMMO Inc. | 00175J107 | Bought | 3/4/2021 | 3,000 | $6.7000 | $20,100.00 | |
| AMMO Inc. | 00175J107 | Bought | 3/4/2021 | 2,000 | $6.7145 | $13,429.00 | |
| AMMO Inc. | 00175J107 | Bought | 3/4/2021 | 2,000 | $6.5500 | $13,100.00 | |
| AMMO Inc. | 00175J107 | Bought | 3/4/2021 | 2,000 | $6.4301 | $12,860.20 | |
| AMMO Inc. | 00175J107 | Bought | 3/4/2021 | 1,600 | $6.3201 | $10,112.16 | |
| AMMO Inc. | 00175J107 | Bought | 3/4/2021 | 400 | $6.3250 | $2,530.00 | |
| AMMO Inc. | 00175J107 | Bought | 3/5/2021 | 1,200 | $6.0001 | $7,200.12 | |
| AMMO Inc. | 00175J107 | Bought | 3/5/2021 | 800 | $6.0050 | $4,804.00 | |
| AMMO Inc. | 00175J107 | Securities Transferred In[1] | 4/6/2021 | 2,100 | $8.6600 | $18,186.00 | |

4

## Dirgesh Patel

### Estimated FIFO Losses in Ammo Inc. - Class period: 8/19/2020 - 9/24/2024

| SECURITY NAME | CUSIP | TRANSACTION TYPE | TRADE DATE | SHARES | PRICE PER SHARE | COSTS or (PROCEEDS) | ESTIMATED LOSSES or (PROFIT) |
|---|---|---|---|---|---|---|---|
| AMMO Inc. | 00175J107 | Securities Transferred In[2] | 4/6/2021 | 120 | $8.0967 | $971.60 | |
| AMMO Inc. | 00175J107 | Securities Transferred In[3] | 4/23/2021 | 8,000 | $6.8724 | $54,979.20 | |
| AMMO Inc. | 00175J107 | Bought | 5/3/2021 | 793 | $6.9292 | $5,494.86 | |
| AMMO Inc. | 00175J107 | Bought | 7/14/2021 | 107 | $7.4579 | $798.00 | |
| AMMO Inc. | 00175J107 | Bought | 12/2/2021 | 1,136 | $5.2800 | $5,998.08 | |
| AMMO Inc. | 00175J107 | Bought | 12/2/2021 | 0.3640 | $5.2900 | $1.93 | |
| AMMO Inc. | 00175J107 | Bought | 12/6/2021 | 2,177 | $5.5200 | $12,017.04 | |
| AMMO Inc. | 00175J107 | Bought | 12/6/2021 | 0.8580 | $5.5200 | $4.74 | |
| AMMO Inc. | 00175J107 | Bought | 4/7/2022 | 1,187 | $4.2094 | $4,996.56 | |
| AMMO Inc. | 00175J107 | Bought | 4/7/2022 | 0.6480 | $4.2093 | $2.73 | |
| AMMO Inc. | 00175J107 | Bought | 4/21/2022 | 714 | $4.2050 | $3,002.37 | |
| AMMO Inc. | 00175J107 | Bought | 4/21/2022 | 0.2860 | $4.2100 | $1.20 | |
| | | | | 110,903 | | $795,772.5131 | |
| | | | | | | | |
| AMMO Inc. | 00175J107 | Sold | 1/13/2021 | (3,937) | $7.5810 | ($29,846.40) | |
| AMMO Inc. | 00175J107 | Sold | 2/3/2021 | (6,630) | $6.9852 | ($46,311.88) | |
| AMMO Inc. | 00175J107 | sold | 2/4/2021 | (7,100) | $7.5500 | ($53,605.00) | |
| AMMO Inc. | 00175J107 | Sold | 2/4/2021 | (400) | $7.6900 | ($3,076.00) | |
| AMMO Inc. | 00175J107 | Sold | 2/4/2021 | (13) | $7.5900 | ($98.67) | |
| AMMO Inc. | 00175J107 | Sold | 2/4/2021 | (34) | $7.6600 | ($260.44) | |
| AMMO Inc. | 00175J107 | Sold | 2/4/2021 | (1,650) | $7.6100 | ($12,556.50) | |
| AMMO Inc. | 00175J107 | Sold | 2/4/2021 | (2,703) | $7.5800 | ($20,488.74) | |
| AMMO Inc. | 00175J107 | Sold | 2/4/2021 | (600) | $7.5600 | ($4,536.00) | |
| AMMO Inc. | 00175J107 | Sold | 2/5/2021 | (400) | $7.5300 | ($3,012.00) | |
| AMMO Inc. | 00175J107 | Sold | 2/5/2021 | (400) | $7.5500 | ($3,020.00) | |
| AMMO Inc. | 00175J107 | Sold | 2/5/2021 | (218) | $7.5352 | ($1,642.67) | |
| AMMO Inc. | 00175J107 | Sold | 2/5/2021 | (3,982) | $7.5200 | ($29,944.64) | |
| AMMO Inc. | 00175J107 | Retained* | | (82,836) | $1.2613 | ($104,476.91) | |
| | | | | (110,903) | | ($312,875.8416) | $482,896.67 |
| | | | | | | | |
| **CALL (POWW) AMMO INC COM APR 16 21 $7.5** | | | | | | | |
| CALL (POWW) AMMO INC COM APR 16 21 $7.5 | 5102469BV | Bought | 2/23/2021 | 11 | $1.5000 | $1,650.0000 | |
| CALL (POWW) AMMO INC COM APR 16 21 $7.5 | 5102469BV | Bought | 2/23/2021 | 17 | $1.5000 | $2,550.0000 | |
| CALL (POWW) AMMO INC COM APR 16 21 $7.5 | 5102469BV | Bought | 2/23/2021 | 172 | $1.7000 | $29,240.0000 | |
| | | | | 200 | | $33,440.0000 | |
| | | | | | | | |
| CALL (POWW) AMMO INC COM APR 16 21 $7.5 | 5102469BV | Expired | 4/16/2021 | (200) | $0.0000 | $0.0000 | |
| | | | | (200) | | $0.0000 | $33,440.00 |
| | | | | | | | |
| **CALL (POWW) AMMO INC COM OCT 15 21 $7.5** | | | | | | | |
| CALL (POWW) AMMO INC COM OCT 15 21 $7.5 | 5183429SO | Bought | 8/4/2021 | 60 | $0.7800 | $4,680.0000 | |
| CALL (POWW) AMMO INC COM OCT 15 21 $7.5 | 5183429SO | Bought | 8/16/2021 | 10 | $0.7700 | $770.0000 | |
| CALL (POWW) AMMO INC COM OCT 15 21 $7.5 | 5183429SO | Bought | 8/19/2021 | 80 | $0.7400 | $5,920.0000 | |
| CALL (POWW) AMMO INC COM OCT 15 21 $7.5 | 5183429SO | Bought | 8/31/2021 | 100 | $0.6800 | $6,800.0000 | |
| CALL (POWW) AMMO INC COM OCT 15 21 $7.5 | 5183429SO | Bought | 9/2/2021 | 80 | $0.5900 | $4,720.0000 | |
| | | | | 330 | | $22,890.0000 | |
| | | | | | | | |
| CALL (POWW) AMMO INC COM OCT 15 21 $7.5 | 5183429SO | Sold | 8/18/2021 | (70) | $1.0600 | ($7,420.0000) | |
| CALL (POWW) AMMO INC COM OCT 15 21 $7.5 | 5183429SO | Sold | 8/23/2021 | (80) | $1.0500 | ($8,400.0000) | |
| CALL (POWW) AMMO INC COM OCT 15 21 $7.5 | 5183429SO | Expired | 10/15/2021 | (180) | $0.0000 | $0.0000 | |
| | | | | (330) | | ($15,820.0000) | $7,070.00 |
| | | | | | | | |
| **CALL (POWW) AMMO INC COM FEB 19 21 $7.5** | | | | | | | |
| CALL (POWW) AMMO INC COM FEB 19 21 $7.5 | 5102469EY | Bought | 2/12/2021 | 100 | $1.5200 | $15,200.0000 | |
| | | | | 100 | | $15,200.0000 | |

5

## Dirgesh Patel

### Estimated FIFO Losses in Ammo Inc. - Class period: 8/19/2020 - 9/24/2024

| SECURITY NAME | CUSIP | TRANSACTION TYPE | TRADE DATE | SHARES | PRICE PER SHARE | COSTS or (PROCEEDS) | ESTIMATED LOSSES or (PROFIT) |
|---|---|---|---|---|---|---|---|
| CALL (POWW) AMMO INC COM FEB 19 21 $7.5 | 5102469EY | Sold | 2/16/2021 | (100) | $1.7600 | ($17,600.0000) | |
| | | | | (100) | | ($17,600.0000) | ($2,400.00) |
| **CALL (POWW) AMMO INC COM FEB 19 21 $10** | | | | | | | |
| CALL (POWW) AMMO INC COM FEB 19 21 $10 | 5113339CU | Bought | 2/12/2021 | 200 | $0.6800 | $13,600.0000 | |
| | | | | 200 | | $13,600.0000 | |
| CALL (POWW) AMMO INC COM FEB 19 21 $10 | 5113339CU | Sold | 2/16/2021 | (200) | $0.4500 | ($9,000.0000) | |
| | | | | (200) | | ($9,000.0000) | $4,600.00 |
| **CALL (POWW) AMMO INC COM APR 16 21 $10** | | | | | | | |
| CALL (POWW) AMMO INC COM APR 16 21 $10 | 5113349CC | Bought | 2/17/2021 | 76 | $1.5000 | $11,400.0000 | |
| CALL (POWW) AMMO INC COM APR 16 21 $10 | 5113349CC | Bought | 2/17/2021 | 31 | $1.5000 | $4,650.0000 | |
| CALL (POWW) AMMO INC COM APR 16 21 $10 | 5113349CC | Bought | 2/17/2021 | 85 | $1.5000 | $12,750.0000 | |
| CALL (POWW) AMMO INC COM APR 16 21 $10 | 5113349CC | Bought | 2/17/2021 | 8 | $1.5000 | $1,200.0000 | |
| | | | | 200 | | $30,000.0000 | |
| CALL (POWW) AMMO INC COM APR 16 21 $10 | 5113349CC | Expired | 4/16/2021 | (200) | $0.0000 | $0.0000 | |
| | | | | (200) | | $0.0000 | $30,000.00 |

[1] Represents securities transferred from Account 1 to Account 3 at the price purchased on 2/16/2021

[2] Represents securities transferred from Account 1 to Account 3 at the price pruchased on 2/17/2021

[3] Represents securities transferred from Account 2 to Account 3 at the price purchased on 3/4/2021

| Account 4: | | | | | | | |
|---|---|---|---|---|---|---|---|
| AMMO Inc. | 00175J107 | Bought | 2/11/2021 | 1,500 | $9.1300 | $13,695.00 | |
| AMMO Inc. | 00175J107 | Bought | 5/3/2021 | 1,450 | $6.9700 | $10,106.50 | |
| AMMO Inc. | 00175J107 | Bought | 5/4/2021 | 1,465 | $6.7900 | $9,947.35 | |
| AMMO Inc. | 00175J107 | Bought | 5/11/2021 | 1,200 | $6.3600 | $7,632.00 | |
| AMMO Inc. | 00175J107 | Bought | 7/14/2021 | 2,000 | $7.4700 | $14,940.00 | |
| AMMO Inc. | 00175J107 | Bought | 9/3/2021 | 780 | $6.9800 | $5,444.40 | |
| AMMO Inc. | 00175J107 | Bought | 9/8/2021 | 730 | $6.8800 | $5,022.40 | |
| AMMO Inc. | 00175J107 | Bought | 1/6/2022 | 2,000 | $4.9700 | $9,940.00 | |
| AMMO Inc. | 00175J107 | Bought | 2/18/2022 | 1,150 | $4.4300 | $5,094.50 | |
| AMMO Inc. | 00175J107 | Bought | 4/7/2022 | 590 | $4.2300 | $2,495.70 | |
| AMMO Inc. | 00175J107 | Bought | 6/16/2022 | 522 | $3.8600 | $2,014.92 | |
| AMMO Inc. | 00175J107 | Bought | 1/12/2023 | 4,300 | $2.3000 | $9,890.00 | |
| | | | | 17,687 | | $96,222.77 | |
| AMMO Inc. | 00175J107 | Retained* | | (17,687) | $1.2613 | ($22,307.73) | |
| | | | | (17,687) | | ($22,307.73) | $73,915.04 |
| | | | | | | Total FIFO Estimated Losses | **$629,521.71** |

*indicates average closing price from 9/25/2024 through 11/19/2024 (90-day lookback period)

6