# EXHIBIT E

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ARIAS LARMAY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMMO, INC., FRED W. WAGENHALS, JARED R. SMITH, and ROBERT D. WILEY,<br><br>Defendants. | Case 2:24-CV-02619-JFM |

## **DECLARATION OF DIRGESH PATEL**

I, the undersigned, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I submit this declaration in support of my motion for appointment as lead plaintiff on behalf of purchasers of Ammo Inc. ("Ammo" or the "Company") securities pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), and approval of my selection of counsel.

2.      I have personal knowledge about the facts stated herein and could competently testify to them if called to do so.

3.      I am 41 years old and I currently reside in Portland, Oregon. I have over 15 years of experience dealing with technology in various industries. Attached is a copy of my resume which I obtained from my Linkedin profile.

4.      I have over 15 years investing in public traded securities on my behalf.

5.      As set forth in the documents to be filed with my motion, during the period August 19, 2020 through September 24, 2024, I purchased a substantial amount of Ammo securities, retained shares through disclosures that allegedly caused the share price to drop significantly, and suffered substantial losses as a result. By virtue of my significant financial interest in the resolution of this action I am motivated to litigate vigorously, efficiently, and to the

best of my ability to maximize the potential recovery for myself and the class that I seek to represent.

6.     I understand that a lead plaintiff is required to oversee counsel and direct the litigation on behalf of the class, stay apprised of all material developments of the litigation, and that I would owe duties to the class to act in its best interest.  If appointed as lead plaintiff, I will be responsible for conferring with counsel, reviewing and authorizing the filing of important litigation documents, and being deposed or attending important court hearings and trial, if necessary.  I further understand that I am not required to seek appointment as lead plaintiff in order to recover. Rather, based on my financial interest, I decided to seek lead plaintiff appointment rather than remain an absent class member.

7.     After discussing the responsibilities and duties of serving as a lead plaintiff and being satisfied that Kaplan Fox & Kilsheimer LLP would adequately serve as lead counsel based on the firm's experience, resources, and past successes, I retained Kaplan Fox & Kilsheimer LLP and authorized the firm to file a lead plaintiff motion on my behalf.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 7th day of October, 2024.

10/7/2024

Signed by:

*Dirgesh Patel*
221EF4294AC54CD...
DIRGESH PATEL

Docusign Envelope ID: 2575C6C5-A326-4DAF-A2F4-6919389603C7

## Contact

dirgesh@gmail.com

www.linkedin.com/in/dirgeshpatel (LinkedIn)

## Top Skills

Product Management

Change Management

Team Leadership

## Languages

Gujarati

Hindi

# Dirgesh Patel

IT Professional / Business Leader / Board Member / Entrepreneur
Portland, Oregon, United States

## Summary

Over 15yrs of experience dealing with Technology in various industries such as Manufacturing, Health-care, Financial, Gas/Oil, Energy, Education, and Non Profit organizations.

Specialties: Financial Advising, Competitive analysis, BPR, Cost Analysis
Analytical & Critical Thinking
Communication & Negotiation Skills
Product Management, Project Management
Building Salesforce.com Practice and Leadership
Salesforce Consultancy, IT Transformation, Chief Technology Officer

------

## Experience

LogicRain Technologies
Vice President of Sales
September 2023 - Present (1 year 2 months)
Portland, Oregon Metropolitan Area

Finite
Chief Technology Officer
June 2019 - Present (5 years 5 months)

Unify Consulting
Salesforce.com Practice Lead
July 2020 - August 2021 (1 year 2 months)

Ksquare Inc.
CEO
August 2018 - January 2020 (1 year 6 months)
Portland, Oregon Area

NTT DATA Services

2 years 6 months

Vice President - Global Salesforce.com COE
January 2018 - August 2018 (8 months)
Portland, Oregon Area

Vice President - CRM & HCM Portfolio
April 2017 - August 2018 (1 year 5 months)
Portland, Oregon Area

Vice President - Cloud Delivery
March 2016 - March 2017 (1 year 1 month)
Portland, Oregon Area

NTT DATA
Senior Director, CRM SaaS - Cloud Services
October 2012 - March 2016 (3 years 6 months)

Wipro Technologies
3 years 8 months

Client Manager
October 2011 - October 2012 (1 year 1 month)

Delivery Manager
March 2009 - October 2011 (2 years 8 months)

Dirgesh Patel Group
2 years 2 months

Salesforce Consultant
March 2008 - March 2009 (1 year 1 month)

Consulting and Constructing Salesforce environment for companies in order to
fit their daily CRM needs.

Managing Partner
February 2007 - March 2008 (1 year 2 months)

US Health Benefits Group
CTO
September 2006 - February 2007 (6 months)

Execution of technology strategy for technology platforms, partnerships, and
external relationships.

Docusign Envelope ID: 2575C6C5-A326-4DAF-A2F4-6949389603C7

Build and manage a top-flight technology team and oversee research and development, as well as project management.
Provide visible leadership for the company within the technology community.
Anticipate and react to major technology changes to ensure the maintenance of company leadership in the competitive landscape.
Establish technical standards and ensure adherence to them for product development and company operations.

Hewlett-Packard
Software Engineer
June 1997 - September 2006 (9 years 4 months)

---

## Education

Portland State University
· (2001 - 2006)

### Board Of Directors Experience

\* INROADS NATIONAL BOARD MEMBER
\* FinAbility Vice Chair