**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Arias Larmay, Individually and on Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>    v.<br><br>Ammo, Inc., Fred W. Wagenhals, Jared R. Smith, and Robert D. Wiley,<br><br>              Defendants. | ) Case No.: 2:24-CV-02619-DJH-JFM<br>)<br>)<br>) **[PROPOSED] ORDER GRANTING**<br>) **THE MOTION FOR APPOINTMENT**<br>) **OF DIRGESH PATEL AS LEAD**<br>) **PLAINTIFF AND APPROVAL OF HIS**<br>) **SELECTION OF LEAD COUNSEL**<br>) **AND LOCAL COUNSEL**<br>)<br>)<br>)<br>) |

Having considered the Motion of Dirgesh Patel ("Mr. Patel") for Appointment as Lead Plaintiff and Approval of His Selection of Lead and Local Counsel, the Mr. Patel's Memorandum of Law in Support of His Motion for Appointment as Lead Plaintiff and Approval of His Selection of Lead and Local Counsel, and the Declaration of Hart Robinovitch in Support of the Motion of Dirgesh Patel for Appointment as Lead Plaintiff and Approval of His Selection of Lead and Local Counsel, dated November 29, 2024, and good cause appearing therefor,

1.  Mr. Patel's motion is GRANTED, and any competing motions are DENIED.

2.  This Order shall apply to each case that relates to the same subject matter that is subsequently filed in this Court or is transferred to this Court and is consolidated with the Action.

3.  Pursuant to 15 U.S.C. § 78U-4(a)(3)(B), Mr. Patel is appointed to serve as lead plaintiff in the above-captioned matter and any subsequently filed or transferred actions that relate to the above-captioned action.

4.  Mr. Patel's choice of Kaplan Fox & Kilsheimer LLP to serve as lead counsel for the proposed class is approved.

5.  Mr. Patel's choice of Zimmerman Reed LLP as local counsel for the proposed class is approved.

**IT IS SO ORDERED.**

**DATED:** _____

**THE HONORABLE DIANE J. HUMETEWA**
**UNITED STATES DISTRICT JUDGE**