Brian O. O'Mara (*pro hac vice* forthcoming)
Hani Y. Farah (*pro hac vice* forthcoming)
**DiCELLO LEVITT LLP**
4747 Executive Dr., Suite 240
San Diego, CA 92121
Tel. (619) 923-3939
briano@dicellolevitt.com
hfarah@dicellolevitt.com

Adam J. Levitt (Bar No. 038655)
**DiCELLO LEVITT LLP**
Ten North Dearborn Str., Sixth Floor
Chicago, IL 60602
Tel.: (312) 214-7900
alevitt@dicellolevitt.com

[*Additional counsel on signature page*]

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ARIAS LARMAY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMMO, INC., FRED W. WAGENHALS, JARED R. SMITH, AND ROBERT D. WILEY;<br><br>Defendants. | Case No. CV-24-02619-PHX-JFM<br><br>**SHELLY BARRILE'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL** |

SHELLY BARRILE'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF
SELECTION OF LEAD COUNSEL Case No. CV-24-02619-PHX-JFM

Lead plaintiff movant Shelly Barrile, by and through her counsel, respectfully moves this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for an Order (attached hereto): (i) appointing her as Lead Plaintiff on behalf of all persons or entities who, at any time between August 19, 2020 and September 24, 2024, inclusive (the "Class Period"), purchased or acquired the securities of AMMO, Inc. ("AMMO"); (ii) approving Shelly Barrile's selection of DiCello Levitt LLP as Lead Counsel; and (iii) granting such other and further relief as the Court may deem just and proper. In support of her Motion, Shelly Barrile submits a Memorandum of Law, the Declaration of Thomas A. Gilson and exhibits attached thereto and such other written or oral arguments as she may present to the Court.

This motion is made on the grounds that Shelly Barrile is the most adequate plaintiff, as defined by the PSLRA, having purchased 5,000 shares of AMMO securities during the Class Period, and suffered losses of $23,000 as a result of Defendants' wrongful conduct as alleged in the above-captioned action. Further, Shelly Barrile satisfies the requirements of Rule 23(a) of the Federal Rules of Civil Procedure, as her claims are typical of other class members' claims and she will fairly and adequately represent the interests of the class.

DATED:  November 29, 2024

*s/ Thomas A. Gilson*
THOMAS A. GILSON

Thomas A. Gilson (Bar No. 022460)
**BEUS O'CONNOR MCGRODER PLLC**
701 N. 44th St.
Phoenix, AZ  85008
Tel.: (480) 429-3000
tgilson@BOMlawgroup.com

*Local Counsel for Movant Shelly Barrile*

1

SHELLY BARRILE'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL Case No. CV-24-02619-PHX-JFM

Brian O. O'Mara (*pro hac vice* forthcoming)
Hani Y. Farah (*pro hac vice* forthcoming)
**DiCELLO LEVITT LLP**
4747 Executive Dr., Suite 240
San Diego, CA  92121
Tel.: (619) 923-3939
briano@dicellolevitt.com
hafarah@dicellolevitt.com

Adam J. Levitt (Bar No. 038655)
**DiCELLO LEVITT LLP**
Ten North Dearborn St., Sixth Floor
Chicago, IL  60602
Tel.: (312) 214-7900
alevitt@dicellolevitt.com

*Counsel for Movant Shelly Barrile and Proposed Lead Counsel for the Class*

2

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on November 29, 2024, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

*s/ Thomas A. Gilson*
THOMAS A. GILSON

BEUS O'CONNOR MCGRODER PLLC
701 N. 44th St.
Phoenix, AZ  85008
Tel.: (480) 429-3000
tgilson@BOMlawgroup.com