Brian O. O'Mara (*pro hac vice* forthcoming)
Hani Y. Farah (*pro hac vice* forthcoming)
**DiCELLO LEVITT LLP**
4747 Executive Dr., Suite 240
San Diego, CA  92121
Tel. (619) 923-3939
briano@dicellolevitt.com
hfarah@dicellolevitt.com

Adam J. Levitt (Bar No. 038655)
**DiCELLO LEVITT LLP**
Ten North Dearborn Str., Sixth Floor
Chicago, IL  60602
Tel.: (312) 214-7900
alevitt@dicellolevitt.com

[*Additional counsel on signature page*]

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ARIAS LARMAY, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> AMMO, INC., FRED W. WAGENHALS, JARED R. SMITH, AND ROBERT D. WILEY; <br><br> Defendants. | Case No. CV-24-02619-PHX-JFM <br><br> **DECLARATION OF THOMAS A. GILSON IN SUPPORT OF SHELLY BARRILE'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL** |

I, Thomas A. Gilson, declare as follows:

1.    I am an attorney with the law firm Beus O'Connor McGroder PLLC, local counsel for lead plaintiff movant Shelly Barrile.  I make this declaration in support of Shelly Barrile's Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel.  I have personal knowledge of the matters stated herein, and, if called upon, I could and would competently testify thereto.

2.    Attached are true and correct copies of the following:

Exhibit A:    Notice of Pendency of the first-filed action, published on *Business Wire* on September 30, 2024;

Exhibit B:    Shelly Barrile's Sworn Certification;

Exhibit C:    Chart of Movant's estimated financial interest in the relief sought by the Class, prepared by counsel; and

Exhibit D:    Firm Résumé of DiCello Levitt LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing are true and correct.  Dated on this 29th day of November, 2024.

_s/ Thomas A. Gilson_
THOMAS A. GILSON

1

DECLARATION OF THOMAS A. GILSON IN SUPPORT OF SHELLY BARRILE'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL Case No. CV-24-02619-PHX-JFM