# EXHIBIT C

**Shelly Barrile - LIFO Loss**

**Ammo, Inc**

Class Period: 08/19/2020 to 09/24/2024

Lookback Price: $1.2583 (09/25/24 - 11/29/24)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 05/17/21 | 1,653 | $6.360 | $10,513 | | | | | |
| Purchase | 05/17/21 | 347 | $6.350 | $2,203 | | | | | |
| Purchase | 08/08/22 | 3,000 | $5.566 | $16,698.00 | Retained | | 5,000 | $1.258 | $6,291.49 |
| | | **5,000** | | **$29,414.53** | | | **5,000** | | **$6,291.49** |
| | | | | | | | **LIFO Gain / (Loss)** | | **($23,123.04)** |