**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| ARIAS LARMAY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMMO, INC., FRED W. WAGENHALS, JARED R. SMITH, AND ROBERT D. WILEY;<br><br>Defendants. | Case No. CV-24-02619-PHX-JFM<br><br>**[PROPOSED] ORDER APPOINTING SHELLY BARRILE AS LEAD PLAINTIFF AND APPROVING HER SELECTION OF LEAD COUNSEL** |

Upon consideration of: (i) Shelly Barrile's Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel (the "Motion"); (ii) the Memorandum of Law in support thereof; (iii) the Declaration of Thomas Gilson in support thereof; and (iv) all other pleadings and arguments submitted to this Court; and for good cause shown,

IT IS HEREBY ORDERED THAT:

1.     The Motion is GRANTED;

2.     The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), hereby appoints Shelly Barrile as Lead Plaintiff; and

3.     Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), the Court approves Lead Plaintiff's selection of DiCello Levitt LLP as Lead Counsel for the class.

*     *     *

**O R D E R**

IT IS SO ORDERED.

DATED: _____     _____
THE HONORABLE DIANE J. HUMETEWA
UNITED STATES DISTRICT JUDGE

1