**RUSING LOPEZ & LIZARDI, P.L.L.C.**
6363 North Swan Road, Suite 151
Tucson, Arizona 85718
Telephone: (520) 792-4800
Facsimile: (520) 529-4262

Mark D. Lammers; mdlammers@rllaz.com
State Bar No. 010335

*Liaison Counsel for Lead Plaintiff Movant*
*Samuel Scarborough*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Arias Larmay, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:24-cv-02619-DJH |
| Plaintiff, | **DECLARATION OF MARK D. LAMMERS IN SUPPORT OF THE MOTION OF SAMUEL SCARBOROUGH FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL** |
| v. | |
| Ammo, Inc., Fred W. Wagenhals, Jared R. Smith, and Robert D. Wiley, | |
| Defendants. | |

I, Mark D. Lammers, declare as follows:

1.      I am an attorney with the law firm of Rusing Lopez & Lizardi, P.L.L.C., liaison counsel for lead plaintiff movant Samuel Scarborough ("Scarborough") and proposed liaison counsel for the class in the above-captioned action. I make this declaration in support of Scarborough's Motion for Appointment as Lead Plaintiff and Approval of Counsel (the "Motion"). I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto are true and correct copies of the following exhibits:

Exhibit A:    Notice published in *Business Wire* on September 30, 2024, announcing the pendency of the securities class action against the Defendants herein;

Exhibit B:    Signed PSLRA Certification of Scarborough;

Exhibit C:    Analysis of Scarborough's financial interest;

Exhibit D:    Firm résumé of Glancy Prongay & Murray LLP; and

Exhibit E:    Firm résumé of Rusing Lopez & Lizardi, P.L.L.C.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 29th day of November 2024, at Phoenix, Arizona.

*/s/ Mark D. Lammers*
Mark D. Lammers

1