# EXHIBIT C

## Financial Interest Analysis

**Company Name:** AMMO, Inc.
**Ticker:** POWW
**Class Period:** 08/19/2020 - 09/24/2024
**Name:** Samuel Scarborough

**Account 1**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 1/13/2021 | 500 | $8.2500 | -$4,125.0000 | | $0.0000 | -$4,125.00 |
| 1/13/2021 | -500 | | $0.0000 | $8.5500 | $4,275.0000 | $4,275.00 |
| 1/13/2021 | 500 | $8.5000 | -$4,250.0000 | | $0.0000 | -$4,250.00 |
| 1/13/2021 | 500 | $7.9000 | -$3,950.0000 | | $0.0000 | -$3,950.00 |
| 1/13/2021 | 500 | $7.2500 | -$3,625.0000 | | $0.0000 | -$3,625.00 |
| 1/14/2021 | 1,000 | $6.6500 | -$6,650.0000 | | $0.0000 | -$6,650.00 |
| 1/21/2021 | 750 | $5.9600 | -$4,470.0000 | | $0.0000 | -$4,470.00 |
| 1/22/2021 | 2,000 | $5.8300 | -$11,660.0000 | | $0.0000 | -$11,660.00 |
| 1/25/2021 | 1,000 | $5.4300 | -$5,430.0000 | | $0.0000 | -$5,430.00 |
| 2/17/2021 | 3,500 | $7.9500 | -$27,825.0000 | | $0.0000 | -$27,825.00 |
| 2/23/2021 | 1,200 | $7.1500 | -$8,580.0000 | | $0.0000 | -$8,580.00 |
| 2/24/2021 | 1,300 | $7.4500 | -$9,685.0000 | | $0.0000 | -$9,685.00 |
| 3/4/2021 | 1,750 | $6.6200 | -$11,585.0000 | | $0.0000 | -$11,585.00 |
| 3/8/2021 | 900 | $6.1000 | -$5,490.0000 | | $0.0000 | -$5,490.00 |
| 3/11/2021 | 3,200 | $6.2900 | -$20,128.0000 | | $0.0000 | -$20,128.00 |
| 3/11/2021 | 500 | $5.8000 | -$2,900.0000 | | $0.0000 | -$2,900.00 |
| 3/16/2021 | 2,500 | $6.2400 | -$15,600.0000 | | $0.0000 | -$15,600.00 |
| 4/16/2021 | 2,900 | $6.6900 | -$19,401.0000 | | $0.0000 | -$19,401.00 |
| 5/11/2021 | 3,575 | $6.5400 | -$23,380.5000 | | $0.0000 | -$23,380.50 |
| 6/21/2021 | 2,510 | $7.7200 | -$19,377.2000 | | $0.0000 | -$19,377.20 |
| 6/23/2021 | 8,000 | $8.4300 | -$67,440.0000 | | $0.0000 | -$67,440.00 |
| 6/25/2021 | 8,500 | $8.9600 | -$76,160.0000 | | $0.0000 | -$76,160.00 |
| 6/28/2021 | 2,600 | $8.9500 | -$23,270.0000 | | $0.0000 | -$23,270.00 |
| 9/30/2021 | 5,500 | $6.0700 | -$33,385.0000 | | $0.0000 | -$33,385.00 |
| 3/28/2022 | 10,000 | $4.6800 | -$46,800.0000 | | $0.0000 | -$46,800.00 |
| 4/5/2022 | 11,000 | $4.4700 | -$49,170.0000 | | $0.0000 | -$49,170.00 |
| 5/12/2022 | 1,825 | $3.5800 | -$6,533.5000 | | $0.0000 | -$6,533.50 |
| 8/25/2023 | -7,964 | | $0.0000 | $2.2300 | $17,759.7200 | $17,759.72 |
| 10/4/2023 | 1,428 | $1.9500 | -$2,784.6000 | | $0.0000 | -$2,784.60 |
| 10/5/2023 | 9,200 | $1.9600 | -$18,032.0000 | | $0.0000 | -$18,032.00 |
| 11/3/2023 | -10,000 | | $0.0000 | $3.0100 | $30,100.0000 | $30,100.00 |
| 11/3/2023 | -10,000 | | $0.0000 | $3.0400 | $30,400.0000 | $30,400.00 |
| 11/6/2023 | 20,000 | $2.9300 | -$58,600.0000 | | $0.0000 | -$58,600.00 |
| 11/6/2023 | 1,100 | $2.7500 | -$3,025.0000 | | $0.0000 | -$3,025.00 |

**Shares Retained:** 81,274

| | | | **Subtotal:** | -$510,777.08 |
|---|---|---|---|---|
| **90-Day Average Price** | **Shares Retained** | | **90-Day Average:** | $102,387.18 |
| $1.2598 | 81,274 | | **Account 1 Total:** | **-$408,389.90** |

## Financial Interest Analysis

**Account 2**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 2/9/2021 | 3,138 | $7.7630 | -$24,360.3200 | | $0.0000 | -$24,360.32 |
| 2/25/2021 | 2,000 | $7.3369 | -$14,673.8520 | | $0.0000 | -$14,673.85 |
| 3/12/2021 | 3,000 | $5.7779 | -$17,333.6500 | | $0.0000 | -$17,333.65 |
| 3/30/2021 | 9,197 | $5.4085 | -$49,742.2800 | | $0.0000 | -$49,742.28 |
| 5/4/2021 | 200 | $6.7922 | -$1,358.4400 | | $0.0000 | -$1,358.44 |
| 5/4/2021 | 1,000 | $6.7876 | -$6,787.5800 | | $0.0000 | -$6,787.58 |
| 5/4/2021 | 9,737 | $6.7961 | -$66,173.6200 | | $0.0000 | -$66,173.62 |
| 6/15/2021 | 31,351 | $7.0880 | -$222,216.1999 | | $0.0000 | -$222,216.20 |
| 4/27/2022 | 60,377 | $4.0616 | -$245,224.8999 | | $0.0000 | -$245,224.90 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **120,000** | | | | **Subtotal:** | **-$647,870.84** |
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $151,173.33 |
| | | | $1.2598 | 120,000 | **Account 2 Total:** | **-$496,697.51** |

**Account 3**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 2/8/2023 | 7,000 | $2.2200 | -$15,540.0000 | | $0.0000 | -$15,540.00 |
| 3/23/2023 | 2,900 | $1.5800 | -$4,582.0000 | | $0.0000 | -$4,582.00 |
| 6/29/2023 | -9,900 | | $0.0000 | $2.1500 | $21,285.0000 | $21,285.00 |
| 8/9/2023 | 9,925 | $2.1500 | -$21,338.7500 | | $0.0000 | -$21,338.75 |
| 8/9/2023 | -9,925 | | $0.0000 | $2.0300 | $20,147.7500 | $20,147.75 |
| 10/20/2023 | 7,600 | $2.6300 | -$19,988.0000 | | $0.0000 | -$19,988.00 |
| 10/31/2023 | -7,600 | | $0.0000 | $2.9800 | $22,648.0000 | $22,648.00 |
| 11/1/2023 | 8,000 | $2.7100 | -$21,680.0000 | | $0.0000 | -$21,680.00 |
| 11/3/2023 | -8,000 | | $0.0000 | $2.9900 | $23,920.0000 | $23,920.00 |
| 11/7/2023 | 9,000 | $2.7400 | -$24,660.0000 | | $0.0000 | -$24,660.00 |
| 3/20/2024 | -9,000 | | $0.0000 | $2.7300 | $24,570.0000 | $24,570.00 |
| 4/10/2024 | 9,000 | $2.5500 | -$22,950.0000 | | $0.0000 | -$22,950.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **9,000** | | | | **Subtotal:** | **-$18,168.00** |
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $11,338.00 |
| | | | $1.2598 | 9,000 | **Account 3 Total:** | **-$6,830.00** |

| | |
|---|---|
| **Combined Total:** | **-$911,917.41** |

Notes

The 90-Day Average Price used in this financial interest analysis is the average closing price between September 25th, 2024 and November 26, 2024.