# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Arias Larmay, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:24-cv-02619-DJH |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| Ammo, Inc., Fred W. Wagenhals, Jared R. Smith, and Robert D. Wiley, | |
| Defendants. | |

Having considered the Motion of Samuel Scarborough for Appointment as Lead Plaintiff and Approval of Counsel (the "Motion"), and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED;

2. The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), appoints Samuel Scarborough as Lead Plaintiff; and

3. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), the Court approves Lead Plaintiff's choice of Glancy Prongay & Murray LLP as Lead Counsel and Rusing Lopez & Lizardi, P.L.L.C. as Liaison Counsel for the class.

**SO ORDERED.**

Dated this _____ day of _____, 20\_\_\_\_.

_____
Honorable Diane J. Humetewa
United States District Judge

1