Gary F. Urman (AZ 11748)
gurman@dmyl.com
**DECONCINI MCDONALD YETWIN & LACY, P.C.**
2525 East Broadway, Suite 200
Tucson, Arizona 85716
Telephone:520-322-5000
Facsimile: 520-322-5585

*Attorneys for [Proposed] Lead Plaintiff Cary Sommerville*
*and [Proposed] Liaison Counsel for the Class*

James M. Wilson, Jr. (*pro hac vice* forthcoming)
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
Email:   jwilson@faruqilaw.com

Robert W. Killorin (*pro hac vice* forthcoming)
**FARUQI & FARUQI, LLP**
3565 Piedmont Road NE Building Four
Suite 380
Atlanta, GA 30305
Telephone: 404-847-0617
Facsimile: 404-506-9534
Email: rkillorin@faruqilaw.com

*Attorneys for [Proposed] Lead Plaintiff Cary Sommerville*
*and [Proposed] Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Arias Larmay, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Ammo, Inc., Fred W. Wagenhals, Jared R. Smith, and Robert D. Wiley,<br><br>Defendants. | Case No. 2:24-cv-02619-DJH<br><br>**DECLARATION OF GARY F. URMAN IN SUPORT OF CARY SOMMERVILLE'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL AND LIAISON COUNSEL** |

I, Gary F. Urman, declare as follows:

1.    I am a member in good standing of the bar of the State of Arizona and am admitted in this Court. I am a Shareholder in the law firm of DeConcini McDonald Yetwin & Lacy, P.C. I submit this declaration in support of the motion filed by Cary Sommerville ("Sommerville"), for appointment as Lead Plaintiff and approval of Sommerville's selection of Faruqi & Faruqi, LLP to serve as Lead Counsel and DeConcini McDonald Yetwin & Lacy, P.C. to serve as Liaison Counsel for the putative Class.

2.    Attached as Exhibits A through G are true and correct copies of the following documents:

Exhibit A:    Notice of Pendency of Action

Exhibit B:    Sommerville's PSLRA Certification

Exhibit C:    Chart setting forth Sommerville's financial interest in this litigation

Exhibit D:    Declaration of Sommerville

Exhibit E:    Firm Resume of Faruqi & Faruqi, LLP

Exhibit F:    Women's Business Enterprise National Council Certificate

Exhibit G:    Firm Resume of DeConcini McDonald Yetwin & Lacy, P.C.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 29th day of November 2024 at Tucson, Arizona.

*/s/ Gary F. Urman*
Gary F. Urman

2