# EXHIBIT C

**AMMO, Inc.**
**Class Period: August 19, 2020 and September 24, 2024**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Account Name | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Net Shares Retained | Net Funds Expended | 90-Days* Mean Price $1.2585 Estimated Value | Estimated Matched Gain (Loss) | TOTAL LIFO Gain (Losses) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Summary** | | | | | | | | | | | | | |
| Cary Sommerville - Individual Account | | (244,821) | | ($1,319,382.32) | | 203,421 | | $1,223,848.41 | (41,400) | ($95,533.91) | ($70,378.81) | $31,807.24 | ########## |
| Cary Sommerville - IRA Account | | (65,000) | | ($342,880.48) | | 50,400 | | $297,647.86 | (14,600) | ($45,232.62) | ($18,959.64) | ($7,898.72) | ########## |
| **Investor Account Totals** | | **(309,821)** | | **($1,662,262.80)** | | **253,821** | | **$1,521,496.27** | **(56,000)** | **($140,766.52)** | **($89,338.46)** | **$23,908.52** | ########## |
| **Cary Sommerville - Individual Account** | | | | | | | | | | | | | |
| | 2/3/2021 | (1) | $6.8300 | ($6.83) | | | | | | | | | |
| | 3/3/2021 | (2,000) | $7.3899 | ($14,779.80) | | | | | | | | | |
| | 3/3/2021 | (500) | $7.7900 | ($3,895.00) | | | | | | | | | |
| | | | | | 3/3/2021 | 500 | $7.8401 | $3,920.05 | | | | $25.05 | |
| | 3/4/2021 | (4,000) | $6.7599 | ($27,039.60) | | | | | | | | | |
| | 3/8/2021 | (2,000) | $6.3499 | ($12,699.80) | | | | | | | | | |
| | | | | | 3/8/2021 | 6,000 | $6.7501 | $40,500.60 | | | | | |
| | | | | | 3/9/2021 | 821 | $6.3400 | $5,205.14 | | | | | |
| | | | | | 3/9/2021 | 200 | $6.3425 | $1,268.50 | | | | | |
| | | | | | 3/9/2021 | 979 | $6.3901 | $6,255.91 | | | | ($1,289.05) | |
| | 3/10/2021 | (3,300) | $6.4650 | ($21,334.50) | | | | | | | | | |
| | 3/10/2021 | (350) | $6.4699 | ($2,264.47) | | | | | | | | | |
| | 3/10/2021 | (1) | $6.4500 | ($6.45) | | | | | | | | | |
| | | | | | 3/10/2021 | 3,651 | $6.5201 | $23,804.89 | | | | $199.47 | |
| | 3/11/2021 | (6,000) | $6.2599 | ($37,559.40) | | | | | | | | | |
| | | | | | 3/11/2021 | 247 | $6.2601 | $1,546.24 | | | | | |
| | | | | | 3/11/2021 | 269 | $6.2700 | $1,686.63 | | | | | |
| | | | | | 3/11/2021 | 726 | $6.2701 | $4,552.09 | | | | | |
| | | | | | 3/11/2021 | 280 | $6.2750 | $1,757.00 | | | | | |
| | | | | | 3/11/2021 | 4,478 | $6.2600 | $28,032.28 | | | | $14.85 | |
| | 3/12/2021 | (5,000) | $5.9900 | ($29,950.00) | | | | | | | | | |
| | | | | | 3/12/2021 | 5,000 | $5.8101 | $29,050.50 | | | | ($899.50) | |
| | 3/16/2021 | (3,000) | $6.2399 | ($18,719.70) | | | | | | | | | |
| | | | | | 3/16/2021 | 3,000 | $6.2801 | $18,840.30 | | | | $120.60 | |
| | 3/16/2021 | (4,000) | $6.2199 | ($24,879.60) | | | | | | | | | |
| | 3/16/2021 | (300) | $6.2250 | ($1,867.50) | | | | | | | | | |
| | 3/16/2021 | (135) | $6.2297 | ($841.01) | | | | | | | | | |
| | 3/16/2021 | (622) | $6.2300 | ($3,875.06) | | | | | | | | | |
| | | | | | 3/16/2021 | 1,400 | $6.2101 | $8,694.14 | | | | | |
| | | | | | 3/16/2021 | 100 | $6.2500 | $625.00 | | | | | |
| | | | | | 3/16/2021 | 2 | $6.2501 | $12.50 | | | | | |
| | | | | | 3/16/2021 | 2,200 | $6.2502 | $13,750.44 | | | | | |
| | | | | | 3/16/2021 | 1,057 | $6.2700 | $6,627.39 | | | | $99.83 | |
| | 3/18/2021 | (200) | $5.8600 | ($1,172.00) | | | | | | | | | |
| | | | | | 3/22/2021 | 499 | $6.6005 | $3,293.65 | | | | $261.29 | |
| | 3/24/2021 | (1,500) | $5.8000 | ($8,700.00) | | | | | | | | | |
| | | | | | 3/31/2021 | 1,500 | $6.0500 | $9,075.00 | | | | $375.00 | |
| | 4/16/2021 | (2) | $6.6798 | ($13.36) | | | | | | | | | |
| | 4/20/2021 | (2,800) | $6.3790 | ($17,861.20) | | | | | | | | | |
| | | | | | 4/20/2021 | 2,400 | $6.5701 | $15,768.24 | | | | | |
| | | | | | 4/21/2021 | 402 | $6.4000 | $2,572.80 | | | | $466.48 | |
| | 4/22/2021 | (1,800) | $6.8660 | ($12,358.80) | | | | | | | | | |
| | | | | | 4/23/2021 | 1,799 | $7.1439 | $12,851.88 | | | | $490.94 | |
| | 5/3/2021 | (1,300) | $6.9599 | ($9,047.87) | | | | | | | | | |
| | | | | | 5/3/2021 | 1,300 | $7.0001 | $9,100.13 | | | | $52.26 | |
| | 5/5/2021 | (2,000) | $6.7800 | ($13,560.00) | | | | | | | | | |
| | | | | | 5/7/2021 | 1,999 | $6.8601 | $13,713.34 | | | | $160.12 | |
| | 5/10/2021 | (3,000) | $6.8199 | ($20,459.70) | | | | | | | | | |
| | 5/10/2021 | (1,300) | $6.7999 | ($8,839.87) | | | | | | | | | |
| | | | | | 5/10/2021 | 1,300 | $7.1100 | $9,243.00 | | | | $403.13 | |
| | 5/11/2021 | (200) | $6.2797 | ($1,255.94) | | | | | | | | | |
| | 5/11/2021 | (1,800) | $6.2799 | ($11,303.82) | | | | | | | | | |
| | 5/11/2021 | (10) | $6.2800 | ($62.80) | | | | | | | | | |
| | 5/11/2021 | (1,000) | $6.3399 | ($6,339.90) | | | | | | | | | |
| | | | | | 5/11/2021 | 5,900 | $6.6201 | $39,058.59 | | | | $386.62 | |
| | 5/12/2021 | (6,000) | $6.5000 | ($39,000.00) | | | | | | | | | |
| | | | | | 5/17/2021 | 100 | $6.3802 | $638.02 | | | | | |
| | | | | | 5/17/2021 | 5,900 | $6.3601 | $37,524.59 | | | | ($837.39) | |
| | 5/18/2021 | (2,300) | $6.3099 | ($14,512.77) | | | | | | | | | |
| | | | | | 5/18/2021 | 2,400 | $6.3401 | $15,216.24 | | | | $21.48 | |
| | 5/19/2021 | (7,000) | $6.1950 | ($43,365.00) | | | | | | | | | |
| | | | | | 5/19/2021 | 51 | $6.1800 | $315.18 | | | | | |
| | | | | | 5/19/2021 | 5,506 | $6.1801 | $34,027.63 | | | | | |
| | | | | | 5/19/2021 | 400 | $6.1802 | $2,472.08 | | | | | |
| | | | | | 5/19/2021 | 1,000 | $6.2001 | $6,200.10 | | | | ($83.62) | |
| | 5/19/2021 | (7,000) | $6.0800 | ($42,560.00) | | | | | | | | | |
| | 5/20/2021 | (2,000) | $6.4199 | ($12,839.80) | | | | | | | | | |
| | | | | | 5/20/2021 | 50 | $6.4701 | $323.51 | | | | | |
| | | | | | 5/20/2021 | 5,256 | $6.5000 | $34,164.00 | | | | | |
| | | | | | 5/20/2021 | 100 | $6.5001 | $650.01 | | | | | |
| | | | | | 5/20/2021 | 1,644 | $6.5005 | $10,686.82 | | | | | |
| | | | | | 5/25/2021 | 1,900 | $6.4201 | $12,198.19 | | | | | |
| | | | | | 5/25/2021 | 100 | $6.4202 | $642.02 | | | | $2,950.62 | |
| | 6/4/2021 | (3,500) | $6.5399 | ($22,889.65) | | | | | | | | | |
| | | | | | 6/7/2021 | 3,500 | $6.7401 | $23,590.35 | | | | | |
| | | | | | 6/9/2021 | 4 | $7.0310 | $28.12 | | | | $701.58 | |
| | 7/16/2021 | (4,000) | $7.2100 | ($28,840.00) | | | | | | | | | |
| | | | | | 7/19/2021 | 4,000 | $7.2307 | $28,922.80 | | | | $82.80 | |
| | 7/22/2021 | (3,500) | $7.3490 | ($25,721.50) | | | | | | | | | |
| | 8/11/2021 | (5,000) | $7.3400 | ($36,700.00) | | | | | | | | | |
| | 8/17/2021 | (2,000) | $6.7799 | ($13,559.80) | | | | | | | | | |
| | | | | | 8/17/2021 | 1,000 | $7.0400 | $7,040.00 | | | | | |
| | | | | | 8/18/2021 | 9,500 | $7.5401 | $71,630.95 | | | | $2,689.65 | |
| | 8/19/2021 | (30,000) | $7.2700 | ($72,700.00) | | | | | | | | | |
| | | | | | 8/23/2021 | 9,713 | $7.4700 | $72,556.11 | | | | | |
| | | | | | 8/23/2021 | 287 | $7.4750 | $2,145.33 | | | | $2,001.44 | |
| | 8/26/2021 | (6,200) | $7.4000 | ($45,880.00) | | | | | | | | | |
| | 9/2/2021 | (5,000) | $7.1499 | ($35,749.50) | | | | | | | | | |
| | | | | | 9/10/2021 | 200 | $6.8901 | $1,378.02 | | | | | |
| | | | | | 9/14/2021 | 500 | $6.3601 | $3,180.05 | | | | ($446.86) | |
| | 9/28/2021 | (300) | $6.2450 | ($1,873.50) | | | | | | | | | |
| | 9/28/2021 | (100) | $6.2497 | ($624.97) | | | | | | | | | |
| | | | | | 10/27/2021 | 800 | $6.0201 | $4,816.08 | | | | ($542.35) | |
| | 10/27/2021 | (1,000) | $6.1000 | ($6,100.00) | | | | | | | | | |
| | | | | | 11/15/2021 | 11,100 | $7.7000 | $85,470.00 | | | | $5,605.39 | |
| | 11/16/2021 | (1,907) | $6.6100 | ($12,605.27) | | | | | | | | | |
| | 11/16/2021 | (3,400) | $6.6150 | ($22,491.00) | | | | | | | | | |
| | 11/16/2021 | (3,400) | $6.6175 | ($22,499.50) | | | | | | | | | |
| | 11/16/2021 | (700) | $6.6200 | ($4,634.00) | | | | | | | | | |
| | 11/16/2021 | (1) | $6.6300 | ($6.63) | | | | | | | | | |
| | 11/16/2021 | (592) | $6.6400 | ($3,930.88) | | | | | | | | | |
| | | | | | 11/16/2021 | 208 | $6.9500 | $1,445.60 | | | | | |
| | | | | | 11/16/2021 | 600 | $6.9550 | $4,173.00 | | | | | |
| | | | | | 11/16/2021 | 6,616 | $6.9100 | $45,716.56 | | | | | |
| | | | | | 11/16/2021 | 2,200 | $6.9101 | $15,202.22 | | | | | |
| | | | | | 11/16/2021 | 374 | $6.9150 | $2,586.21 | | | | $2,969.53 | |
| | 11/22/2021 | (3,000) | $6.0799 | ($18,239.70) | | | | | | | | | |
| | | | | | 11/22/2021 | 3,000 | $6.1101 | $18,330.30 | | | | $90.60 | |
| | 11/30/2021 | (5,000) | $5.9300 | ($29,650.00) | | | | | | | | | |
| | | | | | 11/30/2021 | 200 | $6.2050 | $1,241.00 | | | | | |
| | | | | | 11/30/2021 | 4,800 | $6.2007 | $29,763.36 | | | | $1,354.36 | |
| | 12/2/2021 | (3,400) | $5.8099 | ($19,753.66) | | | | | | | | | |
| | | | | | 12/2/2021 | 108 | $5.9600 | $643.68 | | | | | |
| | | | | | 12/2/2021 | 3,292 | $5.9607 | $19,622.62 | | | | $512.64 | |
| | 12/3/2021 | (5,000) | $5.7190 | ($28,595.00) | | | | | | | | | |
| | | | | | 12/7/2021 | 5,000 | $5.7005 | $28,502.50 | | | | ($92.50) | |
| | 1/12/2022 | (5,000) | $4.9999 | ($24,999.50) | | | | | | | | | |
| | 2/2/2022 | (4,500) | $4.2500 | ($19,125.00) | | | | | | | | | |
| | 2/2/2022 | (7,000) | $4.4099 | ($30,869.30) | | | | | | | | | |
| | | | | | 2/8/2022 | 16,103 | $4.8100 | $77,455.43 | | | | | |
| | | | | | 2/8/2022 | 400 | $4.8200 | $1,928.00 | | | | $4,369.54 | |
| | 2/10/2022 | (5,000) | $4.9000 | ($24,500.00) | | | | | | | | | |
| | | | | | 2/10/2022 | 5,000 | $4.9500 | $24,750.00 | | | | $250.00 | |
| | 2/11/2022 | (4,000) | $4.7100 | ($18,840.00) | | | | | | | | | |
| | 2/11/2022 | (1,000) | $4.8600 | ($4,860.00) | | | | | | | | | |
| | 2/18/2022 | (3,500) | $4.3400 | ($15,190.00) | | | | | | | | | |
| | 3/21/2022 | (5,000) | $4.8092 | ($24,046.00) | | | | | | | | | |
| | | | | | 3/22/2022 | 500 | $4.9300 | $2,465.00 | | | | | |
| | | | | | 3/22/2022 | 5,000 | $4.9200 | $24,600.00 | | | | $849.00 | |
| | 4/6/2022 | (5,000) | $4.2500 | ($21,250.00) | | | | | | | | | |
| | | | | | 4/6/2022 | 5,000 | $4.3201 | $21,600.50 | | | | $350.50 | |
| | 4/7/2022 | (5,000) | $4.2399 | ($21,199.50) | | | | | | | | | |
| | 5/5/2022 | (2,000) | $4.1300 | ($8,260.00) | | | | | | | | | |
| | | | | | 6/29/2022 | 500 | $4.6900 | $2,345.00 | | | | | |
| | | | | | 6/29/2022 | 14,000 | $4.5200 | $63,280.00 | | | | $6,660.50 | |
| | 6/30/2022 | (2,400) | $3.9499 | ($9,479.76) | | | | | | | | | |
| | 6/30/2022 | (15,000) | $4.0100 | ($60,150.00) | | | | | | | | | |
| | | | | | 7/1/2022 | 17,500 | $4.0900 | $71,575.00 | | | | $1,474.24 | |
| | 8/16/2022 | (7,450) | $4.5200 | ($33,674.00) | | | | | | | | | |
| | 8/16/2022 | (2,550) | $4.5350 | ($11,564.25) | | | | | | | | | |
| | 8/30/2022 | (7,000) | $3.8600 | ($27,020.00) | | | | | | | | | |
| | 2/15/2023 | (330) | $1.8597 | ($613.70) | | | | | | | | | |
| | 2/15/2023 | (6,670) | $1.8600 | ($12,406.20) | | | | | | | | | |
| | 11/1/2023 | (5,000) | $2.6400 | ($7,920.00) | | | | | | | | | |
| | 11/30/2023 | (10,000) | $2.0399 | ($20,399.00) | | | | | | | | | |
| | 8/1/2024 | (4,000) | $1.7500 | ($7,000.00) | | | | | | | | | |
| **Cary Sommerville - IRA Account** | | | | | | | | | | | | | |
| | 7/13/2021 | (6,000) | $8.0600 | ($48,360.00) | | | | | | | | | |
| | | | | | 8/18/2021 | 900 | $7.6800 | $6,912.00 | | | | | |
| | | | | | 8/18/2021 | 5,000 | $7.5601 | $37,800.50 | | | | | |
| | | | | | 8/23/2021 | 100 | $7.7701 | $777.01 | | | | ($2,870.49) | |
| | 8/26/2021 | (6,200) | $7.3700 | ($45,694.00) | | | | | | | | | |
| | | | | | 11/17/2021 | 200 | $6.8904 | $1,378.08 | | | | | |
| | | | | | 11/17/2021 | 5,900 | $6.9001 | $40,710.59 | | | | | |
| | | | | | 11/18/2021 | 1 | $6.8800 | $6.88 | | | | ($2,868.82) | |
| | 11/30/2021 | (6,200) | $6.0699 | ($37,633.38) | | | | | | | | | |
| | | | | | 11/30/2021 | 6,250 | $6.2101 | $38,813.13 | | | | $811.25 | |
| | 12/2/2021 | (6,000) | $5.9600 | ($35,760.00) | | | | | | | | | |
| | | | | | 12/2/2021 | 6,000 | $5.9701 | $35,820.60 | | | | $60.60 | |
| | 12/3/2021 | (5,000) | $5.5600 | ($27,800.00) | | | | | | | | | |
| | | | | | 12/7/2021 | 49 | $5.8050 | $284.45 | | | | | |
| | | | | | 12/7/2021 | 805 | $5.6901 | $4,580.53 | | | | | |
| | | | | | 12/7/2021 | 790 | $5.6902 | $4,495.26 | | | | | |
| | | | | | 12/7/2021 | 1,083 | $5.6950 | $6,167.69 | | | | | |
| | | | | | 12/7/2021 | 2,322 | $5.7000 | $13,235.40 | | | | $662.19 | |
| | 12/10/2021 | (7,000) | $5.7000 | ($39,900.00) | | | | | | | | | |
| | | | | | 12/15/2021 | 7,000 | $5.6506 | $39,554.20 | | | | ($345.80) | |
| | 1/5/2022 | (6,000) | $5.3000 | ($31,800.00) | | | | | | | | | |
| | | | | | 2/8/2022 | 1,500 | $4.7200 | $7,080.00 | | | | | |
| | | | | | 2/8/2022 | 1,800 | $4.7802 | $8,604.36 | | | | | |
| | | | | | 2/8/2022 | 200 | $4.7850 | $957.00 | | | | | |
| | | | | | 2/9/2022 | 2,000 | $4.8201 | $9,640.20 | | | | ($2,868.44) | |
| | 2/10/2022 | (5,000) | $4.8999 | ($24,499.50) | | | | | | | | | |
| | | | | | 2/10/2022 | 5,500 | $4.9500 | $27,225.00 | | | | $75.50 | |
| | 2/14/2022 | (4,000) | $4.6099 | ($18,799.60) | | | | | | | | | |
| | | | | | 6/29/2022 | 2,000 | $4.5600 | $9,120.00 | | | | | |
| | | | | | 7/8/2022 | 1,000 | $4.4050 | $4,405.00 | | | | ($494.70) | |
| | 8/22/2022 | (1,600) | $4.0900 | ($6,544.00) | | | | | | | | | |
| | 12/22/2022 | (5,000) | $1.6900 | ($8,450.00) | | | | | | | | | |
| | 4/10/2024 | (7,000) | $2.5200 | ($17,640.00) | | | | | | | | | |

*Avg Closing Prices from 90-DAY LOOKBACK PERIOD START - 90-DAY LOOKBACK PERIOD CLOSE/PRESENT
**LIFO calculates losses by assuming the first stocks to be sold are the stocks purchased most recently prior to that sale. These transactions are matched together by quantity purchased/sold in order to determine the gain/loss from the transactions, which is done by subtracting the proceeds of sale from the cost basis of purchase***Under a LIFO calculation, unmatched purchased shares retained at the end of the Class Period (these which are not offset by matching sales) are matched against a value equal to the 90-day post-Class Period average price. See 15 U.S.C. § 78u-4(e). Here, the unmatched loss is calculated by subtracting the value of the shares held at the end of the Class Period (i.e., the number of shares held multiplied by the 90-day average) from the cost basis of those shares.