# EXHIBIT D

Gary F. Urman (AZ 11748)
gurman@dmyl.com
**DECONCINI MCDONALD YETWIN & LACY, P.C.**
2525 East Broadway, Suite 200
Tucson, Arizona 85716
Telephone:520-322-5000
Facsimile: 520-322-5585

*Attorneys for [Proposed] Lead Plaintiff Cary Sommerville*
*and [Proposed] Liaison Counsel for the Class*

James M. Wilson, Jr. (*pro hac vice* forthcoming)
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
Email:  jwilson@faruqilaw.com

Robert W. Killorin (*pro hac vice* forthcoming)
**FARUQI & FARUQI, LLP**
3565 Piedmont Road NE Building Four
Suite 380
Atlanta, GA 30305
Telephone: 404-847-0617
Facsimile: 404-506-9534
Email: rkillorin@faruqilaw.com

*Attorneys for [Proposed] Lead Plaintiff Cary Sommerville*
*and [Proposed] Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Arias Larmay, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> Ammo, Inc., Fred W. Wagenhals, Jared R. Smith, and Robert D. Wiley, <br><br> Defendants. | Case No. 2:24-cv-02619-DJH <br><br><br> **DECLARATION OF CARY SOMMERVILLE IN SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL AND LIAISON COUNSEL** |

I, Cary Sommerville, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I respectfully submit this Declaration in support of my Motion for Appointment as Lead Plaintiff and Approval of Lead and Liaison Counsel in the instant class action on behalf of investors in Ammo, Inc. ("AMMO" or the "Company") securities pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA").  I am informed of and understand the requirements and duties imposed by the PSLRA.

2.      I am a United States citizen and I currently reside in Alpine, Wyoming.

3.      I have a BA in Accounting from Northern Michigan University.

4.      I currently work as a Financial Planning and Analysis Manager at Star Valley Health.

5.      I have been investing in the stock market for approximately 8 years and manage my own investments.

6.      I believe the securities class action against defendants AMMO, Fred W. Wagenhals, Jared R. Smith, and Robert D. Wiley is meritorious and should be led by investors who are committed to maximizing the recovery on behalf of the class.  I suffered a substantial loss on my investment in AMMO securities.  It is for this reason that I decided to seek appointment as Lead Plaintiff in the action.  I understand the responsibilities and duties of being a Lead Plaintiff, including my fiduciary duties to the class.

7.      I understand and appreciate a Lead Plaintiff's obligation under the PSLRA to select lead counsel and to monitor the actions of counsel to ensure the action is prosecuted efficiently.  I have fulfilled this responsibility by selecting and retaining counsel with a proven history of handling this type of complex litigation.  In this case, I selected Faruqi & Faruqi, LLP (the "Faruqi Firm") to serve as lead counsel.  Based on the firm's experience in achieving substantial recoveries in securities class actions, I believe the Faruqi Firm is well qualified to represent the class.  As part of my due diligence process, prior to the selection of the Faruqi Firm, I assessed the firm's qualifications and

1

communicated with Robert W. Killorin, a partner at the Faruqi Firm about the case and duties and role of a lead plaintiff.

8.     I have directed the Faruqi Firm to prosecute this action in an efficient, cost-effective manner while obtaining the best possible result for the class.  Additionally, I have approved the hiring of the DeConcini McDonald Yetwin & Lacy, P.C. as Liaison Counsel. I will continue to supervise lead and liaison counsel and actively oversee the prosecution of this action for the benefit of the class by, among other things, reviewing pleadings, instructing counsel, and/or attending hearings, as necessary.

9.     I understand that a Lead Plaintiff's share of any recovery is the same as every other potential class member.  As my certificate states, I will not accept any payment for serving as a representative party beyond our *pro rata* share, except any reasonable costs and expenses – such as lost wages and travel expenses – directly related to the class representation, as ordered or approved by the Court pursuant to the PSLRA.

I, Cary Sommerville, declare under penalty of perjury that the foregoing is true and correct.

Dated: 11/26/2024

*Cary Sommerville*
Cary Sommerville (Nov 26, 2024 14:44 MST)
Cary Sommerville

2