**POMERANTZ LLP**
Jeremy A. Lieberman
(*pro hac vice* application forthcoming)
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com

*Counsel for Movants Dmitry Cherches and*
*Irene Zvagelsky and Proposed  Co-Lead*
*Counsel for the Class*

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Arias Larmay, Individually and on Behalf of All Others Similarly Situated, | Case No. CV-24-02619-PHX-DJH |
| Plaintiff, | Hon. Diane J. Humetewa |
| v. | **DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF DMITRY CHERCHES AND IRENE ZVAGELSKY FOR APPOINTMENT AS CO-LEAD PLAINTIFFS AND APPROVAL OF SELECTION OF COUNSEL** |
| Ammo, Inc., Fred W. Wagenhals, Jared R. Smith, and Robert D. Wiley, | |
| Defendants. | |

I, Jeremy A. Lieberman, hereby declare as follows:

1.    I am a partner with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Dmitry Cherches ("Cherches") and Irene Zvagelsky ("Zvagelsky"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Cherches and Zvagelsky's motion for appointment as Co-Lead Plaintiffs for the Class in the above-captioned action (the "Action") and approval of their selection of Pomerantz and Bronstein, Gewirtz & Grossman, LLC ("BG&G") as Co-Lead Counsel and Keller Rohrback L.L.P. ("Keller Rohrback") as Liaison Counsel for the Class.

2.    Attached hereto as the exhibits indicated are true and correct copies of the following:

| | |
|---|---|
| Exhibit A: | Chart setting forth Cherches and Zvagelsky's financial interest in this litigation; |
| Exhibit B: | Shareholder Certifications executed by Cherches and Zvagelsky; |
| Exhibit C: | Press release published via *Business Wire* on September 30, 2024, announcing the pendency of the Action; |
| Exhibit D: | Joint Declaration executed by Cherches and Zvagelsky; |
| Exhibit E: | Firm resume of Pomerantz; |
| Exhibit F: | Firm resume of BG&G; and |
| Exhibit G: | Firm resume of Keller Rohrback. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on November 29, 2024.

/s/ Jeremy A. Lieberman
Jeremy A. Lieberman

DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION
CV-24-02619-PHX-DJH

1