# EXHIBIT A

**Ammo, Inc. (POWW)**
**Class Period: August 19, 2020 to September 24, 2024**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Security Type | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 64-Days* Mean Price $1.2589 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Summary** | | | | | | | | | | | | | |
| Dmitry Cherches, Acct 1 | Common Stock | | 458,600 | | ($2,118,207) | | (458,600) | | $880,008 | 0 | 0 | $0 | ($1,238,199) |
| Dmitry Cherches, Acct 1 | Preferred | | 52 | | ($1,430) | | (52) | | $1,349 | 0 | 0 | $0 | ($80) |
| Dmitry Cherches, Acct 1 | Options | | 29,092 | | ($159,305) | | (29,092) | | $577,985 | 0 | 0 | $0 | $418,680 |
| Dmitry Cherches, Acct 2 | Common Stock | | 215,509 | | ($908,627) | | (215,509) | | $403,074 | 57,800 | 0 | $0 | ($505,553) |
| Dmitry Cherches, Acct 2 | Options | | 10,175 | | ($84,921) | | (10,175) | | $262,142 | (578) | 0 | $0 | $177,221 |
| Irene Zvagelsky | Common Stock | | 113,300 | | ($508,500) | | (90,985) | | $123,894 | 108,200 | 22,315 | $28,093 | ($356,513) |
| Irene Zvagelsky | Options | | 7,068 | | ($137,843) | | (7,068) | | $173,406 | (1,082) | 0 | $0 | $35,563 |
| | | | | | | | | | | | | | |
| Dmitry Cherches; Irene Zvagelsky | Common Stock | | 787,409 | | ($3,535,334) | | (765,094) | | $1,406,976 | 166,000 | 22,315 | $28,093 | ($2,100,266) |
| Dmitry Cherches; Irene Zvagelsky | Preferred | | 52 | | ($1,430) | | (52) | | $1,349 | 0 | 0 | $0 | ($80) |
| Dmitry Cherches; Irene Zvagelsky | Options | | 46,335 | | ($382,069) | | (46,335) | | $1,013,533 | (1,660) | 0 | $0 | $631,464 |
| **Dmitry Cherches; Irene Zvagelsky** | **Common Stock, Preferred & Options** | | | | **($3,918,833)** | | | | **$2,421,858** | | | **$28,093** | **($1,468,882)** |
| | | | | | | | | | | | | | |
| **Account 1** | | | | | | | | | | | | | |
| Dmitry Cherches | Common Stock | 1/12/2022 | 1,200 | $4.9200 | ($5,904) | 12/20/2022 | (2,600) | $1.7200 | $4,472 | | | | |
| Dmitry Cherches | Common Stock | 1/14/2022 | 1,000 | $4.7000 | ($4,700) | 12/21/2022 | (2,086) | $1.7300 | $3,609 | | | | |
| Dmitry Cherches | Common Stock | 1/19/2022 | 10,000 | $4.5500 | ($45,500) | 12/21/2022 | (52,600) | $1.7300 | $90,998 | | | | |
| Dmitry Cherches | Common Stock | 1/24/2022 | 7,900 | $5.0000 | ($39,500) | 12/22/2022 | (2,600) | $1.7200 | $4,472 | | | | |
| Dmitry Cherches | Common Stock | 2/22/2022 | 122,300 | $5.0000 | ($611,500) | 12/22/2022 | (1,214) | $1.7000 | $2,064 | | | | |
| Dmitry Cherches | Common Stock | 3/21/2022 | 2,700 | $5.0000 | ($13,500) | 12/22/2022 | (400) | $1.7100 | $684 | | | | |
| Dmitry Cherches | Common Stock | 4/8/2022 | 2,600 | $5.0000 | ($13,000) | 12/23/2022 | (19,100) | $1.7200 | $32,852 | | | | |
| Dmitry Cherches | Common Stock | 4/13/2022 | 18,100 | $5.0000 | ($90,500) | 12/27/2022 | (82,005) | $1.6200 | $132,848 | | | | |
| Dmitry Cherches | Common Stock | 4/18/2022 | 177,500 | $5.0000 | ($887,500) | 12/30/2022 | (4,000) | $1.7000 | $6,800 | | | | |
| Dmitry Cherches | Common Stock | 4/22/2022 | 400 | $4.2000 | ($1,680) | 12/27/2023 | (1,700) | $2.3100 | $3,927 | | | | |
| Dmitry Cherches | Common Stock | 6/1/2022 | 52,100 | $4.4700 | ($232,887) | 12/27/2023 | (89) | $2.3000 | $205 | | | | |
| Dmitry Cherches | Common Stock | 6/1/2022 | 1,400 | $4.3600 | ($6,104) | 12/28/2023 | (2,111) | $2.2100 | $4,665 | | | | |
| Dmitry Cherches | Common Stock | 7/18/2022 | 2,400 | $5.0000 | ($12,000) | 12/28/2023 | (7,900) | $2.2000 | $17,380 | | | | |
| Dmitry Cherches | Common Stock | 7/25/2022 | 400 | $4.8300 | ($1,932) | 12/28/2023 | (122,300) | $2.2000 | $269,060 | | | | |
| Dmitry Cherches | Common Stock | 10/3/2022 | 2,200 | $5.0000 | ($11,000) | 12/28/2023 | (101,495) | $2.1700 | $220,244 | | | | |
| Dmitry Cherches | Common Stock | 2/21/2023 | 56,400 | $2.5000 | ($141,000) | 8/19/2024 | (56,400) | $1.5200 | $85,728 | | | | |
| **Dmitry Cherches** | **Common Stock** | | **458,600** | | **($2,118,207)** | | **(458,600)** | | **$880,008** | **0** | **0** | **$0** | **($1,238,199)** |
| | | | | | | | | | | | | | |
| Dmitry Cherches | POWWP | 5/23/2022 | 12 | $27.4900 | ($330) | 6/9/2022 | (52) | $25.9500 | $1,349 | | | | |
| Dmitry Cherches | POWWP | 5/23/2022 | 40 | $27.5000 | ($1,100) | | | | | | | | |
| **Dmitry Cherches** | **POWWP** | | **52** | | **($1,430)** | | **(52)** | | **$1,349** | **0** | **0** | **$0** | **($80)** |
| | | | | | | | | | | | | | |
| **Dmitry Cherches** | **C 20220121 5** | **1/20/2022** | **10** | **$0.0400** | **($40)** | **1/14/2022** | **(10)** | **$0.0600** | **$60** | **0** | **0** | **$0** | **$20** |
| **Dmitry Cherches** | **P 20220715 5** | **7/18/2022** | **24** | **assigned** | | **6/7/2022** | **(24)** | **$0.7500** | **$1,800** | **0** | **0** | **$0** | **$1,800** |
| **Dmitry Cherches** | **P 20220916 5** | **8/31/2022** | **22** | **$1.2000** | **($2,640)** | **8/18/2022** | **(22)** | **$0.5500** | **$1,210** | **0** | **0** | **$0** | **($1,430)** |
| **Dmitry Cherches** | **P 20221021 5** | **10/3/2022** | **22** | **assigned** | | **8/31/2022** | **(22)** | **$1.2500** | **$2,750** | **0** | **0** | **$0** | **$2,750** |
| **Dmitry Cherches** | **C 20230120 2.5** | **1/23/2023** | **205** | **expired** | | **11/22/2022** | **(205)** | **$0.1000** | **$2,050** | **0** | **0** | **$0** | **$2,050** |
| **Dmitry Cherches** | **C 20231215 2.5** | **12/18/2023** | **2,495** | **expired** | | **11/13/2023** | **(2,495)** | **$0.0500** | **$12,475** | **0** | **0** | **$0** | **$12,475** |
| **Dmitry Cherches** | **C 20240816 2.5** | **8/19/2024** | **111** | **expired** | | **6/20/2024** | **(111)** | **$0.0500** | **$555** | **0** | **0** | **$0** | **$555** |

*Avg Closing Prices from September 25, 2024 to November 27, 2024

**Ammo, Inc. (POWW)**
**Class Period: August 19, 2020 to September 24, 2024**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Security Type | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 64-Days* Mean Price $1.2589 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dmitry Cherches | P 20220121 5 | 1/12/2022 | 161 | $0.2500 | ($4,025) | 12/28/2021 | (1) | $0.1300 | $13 | | | | |
| Dmitry Cherches | P 20220121 5 | 1/21/2022 | 1 | $0.7500 | ($75) | 12/28/2021 | (24) | $0.1600 | $384 | | | | |
| Dmitry Cherches | P 20220121 5 | 1/21/2022 | 1,043 | $0.8000 | ($83,440) | 1/3/2022 | (100) | $0.1100 | $1,100 | | | | |
| Dmitry Cherches | P 20220121 5 | 1/24/2022 | 79 | assigned | | 1/12/2022 | (680) | $0.2000 | $13,600 | | | | |
| Dmitry Cherches | P 20220121 5 | | | | | 1/12/2022 | (399) | $0.2000 | $7,980 | | | | |
| Dmitry Cherches | P 20220121 5 | | | | | 1/21/2022 | (80) | $0.8000 | $6,400 | | | | |
| **Dmitry Cherches** | **P 20220121 5** | | **1,284** | | **($87,540)** | | **(1,284)** | | **$29,477** | **0** | **0** | **$0** | **($58,063)** |
| Dmitry Cherches | C 20220218 5 | 2/22/2022 | 141 | expired | | 1/12/2022 | (12) | $0.4800 | $576 | | | | |
| Dmitry Cherches | C 20220218 5 | | | | | 1/19/2022 | (100) | $0.3200 | $3,200 | | | | |
| Dmitry Cherches | C 20220218 5 | | | | | 1/20/2022 | (10) | $0.2700 | $270 | | | | |
| Dmitry Cherches | C 20220218 5 | | | | | 1/25/2022 | (19) | $0.2200 | $418 | | | | |
| **Dmitry Cherches** | **C 20220218 5** | | **141** | | **$0** | | **(141)** | | **$4,464** | **0** | **0** | **$0** | **$4,464** |
| Dmitry Cherches | P 20220218 5 | 2/22/2022 | 1,223 | assigned | | 1/12/2022 | (161) | $0.5500 | $8,855 | | | | |
| Dmitry Cherches | P 20220218 5 | | | | | 1/21/2022 | (1,043) | $0.9500 | $99,085 | | | | |
| Dmitry Cherches | P 20220218 5 | | | | | 2/16/2022 | (19) | $0.3000 | $570 | | | | |
| **Dmitry Cherches** | **P 20220218 5** | | **1,223** | | **$0** | | **(1,223)** | | **$108,510** | **0** | **0** | **$0** | **$108,510** |
| Dmitry Cherches | C 20220318 5 | 3/18/2022 | 1,424 | $0.0600 | ($8,544) | 1/27/2022 | (50) | $0.2500 | $1,250 | | | | |
| Dmitry Cherches | C 20220318 5 | | | | | 1/27/2022 | (10) | $0.2500 | $250 | | | | |
| Dmitry Cherches | C 20220318 5 | | | | | 2/22/2022 | (1,223) | $0.1000 | $12,230 | | | | |
| Dmitry Cherches | C 20220318 5 | | | | | 2/24/2022 | (78) | $0.1100 | $858 | | | | |
| Dmitry Cherches | C 20220318 5 | | | | | 2/24/2022 | (63) | $0.1000 | $630 | | | | |
| **Dmitry Cherches** | **C 20220318 5** | | **1,424** | | **($8,544)** | | **(1,424)** | | **$15,218** | **0** | **0** | **$0** | **$6,674** |
| Dmitry Cherches | P 20220318 5 | 3/21/2022 | 27 | assigned | | 2/15/2022 | (100) | $0.5500 | $5,500 | | | | |
| Dmitry Cherches | P 20220318 5 | 3/21/2022 | 473 | expired | | 3/2/2022 | (300) | $0.3100 | $9,300 | | | | |
| Dmitry Cherches | P 20220318 5 | | | | | 3/2/2022 | (100) | $0.3100 | $3,100 | | | | |
| **Dmitry Cherches** | **P 20220318 5** | | **500** | | **$0** | | **(500)** | | **$17,900** | **0** | **0** | **$0** | **$17,900** |
| Dmitry Cherches | C 20220414 5 | 4/18/2022 | 1,451 | expired | | 3/18/2022 | (1,424) | $0.3600 | $51,264 | | | | |
| Dmitry Cherches | C 20220414 5 | | | | | 3/21/2022 | (27) | $0.2100 | $567 | | | | |
| **Dmitry Cherches** | **C 20220414 5** | | **1,451** | | **$0** | | **(1,451)** | | **$51,831** | **0** | **0** | **$0** | **$51,831** |
| Dmitry Cherches | P 20220414 5 | 4/8/2022 | 26 | assigned | | 3/2/2022 | (1,230) | $0.4500 | $55,350 | | | | |
| Dmitry Cherches | P 20220414 5 | 4/13/2022 | 181 | assigned | | 3/17/2022 | (10) | $0.4000 | $400 | | | | |
| Dmitry Cherches | P 20220414 5 | 4/13/2022 | 387 | $0.6500 | ($25,155) | 3/18/2022 | (72) | $0.3100 | $2,232 | | | | |
| Dmitry Cherches | P 20220414 5 | 4/18/2022 | 1,775 | assigned | | 3/18/2022 | (64) | $0.3000 | $1,920 | | | | |
| Dmitry Cherches | P 20220414 5 | | | | | 3/22/2022 | (63) | $0.3000 | $1,890 | | | | |
| Dmitry Cherches | P 20220414 5 | | | | | 3/28/2022 | (930) | $0.4100 | $38,130 | | | | |
| **Dmitry Cherches** | **P 20220414 5** | | **2,369** | | **($25,155)** | | **(2,369)** | | **$99,922** | **0** | **0** | **$0** | **$74,767** |
| Dmitry Cherches | C 20220520 5 | 4/29/2022 | 104 | $0.0500 | ($520) | 4/22/2022 | (92) | $0.0500 | $460 | | | | |
| Dmitry Cherches | C 20220520 5 | | | | | 4/22/2022 | (6) | $0.0500 | $30 | | | | |
| Dmitry Cherches | C 20220520 5 | | | | | 4/22/2022 | (4) | $0.0500 | $20 | | | | |

*Avg Closing Prices from September 25, 2024 to November 27, 2024

**Ammo, Inc. (POWW)**
**Class Period: August 19, 2020 to September 24, 2024**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Security Type | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 64-Days* Mean Price $1.2589 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dmitry Cherches | C 20220520 5 | | | | | 4/22/2022 | (2) | $0.0600 | $12 | | | | |
| **Dmitry Cherches** | **C 20220520 5** | | **104** | | **($520)** | | **(104)** | | **$522** | **0** | **0** | **$0** | **$2** |
| | | | | | | | | | | | | | |
| Dmitry Cherches | C 20220617 5 | 5/23/2022 | 3,437 | $0.0300 | ($10,311) | 4/29/2022 | (3,333) | $0.1000 | $33,330 | | | | |
| Dmitry Cherches | C 20220617 5 | | | | | 4/29/2022 | (104) | $0.1100 | $1,144 | | | | |
| **Dmitry Cherches** | **C 20220617 5** | | **3,437** | | **($10,311)** | | **(3,437)** | | **$34,474** | **0** | **0** | **$0** | **$24,163** |
| | | | | | | | | | | | | | |
| Dmitry Cherches | C 20220715 5 | 7/1/2022 | 1 | $0.0500 | ($5) | 5/23/2022 | (3,437) | $0.1200 | $41,244 | | | | |
| Dmitry Cherches | C 20220715 5 | 7/1/2022 | 300 | $0.0200 | ($600) | 5/27/2022 | (521) | $0.2500 | $13,025 | | | | |
| Dmitry Cherches | C 20220715 5 | 7/1/2022 | 500 | $0.0200 | ($1,000) | 6/3/2022 | (14) | $0.2000 | $280 | | | | |
| Dmitry Cherches | C 20220715 5 | 7/7/2022 | 3,171 | $0.0200 | ($6,342) | | | | | | | | |
| **Dmitry Cherches** | **C 20220715 5** | | **3,972** | | **($7,947)** | | **(3,972)** | | **$54,549** | **0** | **0** | **$0** | **$46,602** |
| | | | | | | | | | | | | | |
| Dmitry Cherches | C 20220819 5 | 8/22/2022 | 4,000 | expired | | 7/1/2022 | (500) | $0.1700 | $8,500 | | | | |
| Dmitry Cherches | C 20220819 5 | | | | | 7/1/2022 | (300) | $0.1700 | $5,100 | | | | |
| Dmitry Cherches | C 20220819 5 | | | | | 7/7/2022 | (3,171) | $0.1800 | $57,078 | | | | |
| Dmitry Cherches | C 20220819 5 | | | | | 7/7/2022 | (1) | $0.1600 | $16 | | | | |
| Dmitry Cherches | C 20220819 5 | | | | | 7/25/2022 | (28) | $0.2300 | $644 | | | | |
| **Dmitry Cherches** | **C 20220819 5** | | **4,000** | | **$0** | | **(4,000)** | | **$71,338** | **0** | **0** | **$0** | **$71,338** |
| | | | | | | | | | | | | | |
| Dmitry Cherches | C 20221021 5 | 10/24/2022 | 225 | expired | | 9/13/2022 | (203) | $0.0500 | $1,015 | | | | |
| Dmitry Cherches | C 20221021 5 | | | | | 9/13/2022 | (22) | $0.0500 | $110 | | | | |
| **Dmitry Cherches** | **C 20221021 5** | | **225** | | **$0** | | **(225)** | | **$1,125** | **0** | **0** | **$0** | **$1,125** |
| | | | | | | | | | | | | | |
| Dmitry Cherches | C 20221216 5 | 12/19/2022 | 3,797 | expired | | 10/12/2022 | (3,794) | $0.0500 | $18,970 | | | | |
| Dmitry Cherches | C 20221216 5 | | | | | 10/12/2022 | (3) | $0.0600 | $18 | | | | |
| **Dmitry Cherches** | **C 20221216 5** | | **3,797** | | **$0** | | **(3,797)** | | **$18,988** | **0** | **0** | **$0** | **$18,988** |
| | | | | | | | | | | | | | |
| Dmitry Cherches | P 20230120 2.5 | 12/21/2022 | 109 | $0.8000 | ($8,720) | 12/2/2022 | (100) | $0.4000 | $4,000 | | | | |
| Dmitry Cherches | P 20230120 2.5 | | | | | 12/2/2022 | (9) | $0.4000 | $360 | | | | |
| **Dmitry Cherches** | **P 20230120 2.5** | | **109** | | **($8,720)** | | **(109)** | | **$4,360** | **0** | **0** | **$0** | **($4,360)** |
| | | | | | | | | | | | | | |
| Dmitry Cherches | P 20230217 2.5 | 2/21/2023 | 564 | assigned | | 1/11/2023 | (500) | $0.3500 | $17,500 | | | | |
| Dmitry Cherches | P 20230217 2.5 | | | | | 1/27/2023 | (64) | $0.2300 | $1,472 | | | | |
| **Dmitry Cherches** | **P 20230217 2.5** | | **564** | | **$0** | | **(564)** | | **$18,972** | **0** | **0** | **$0** | **$18,972** |
| | | | | | | | | | | | | | |
| Dmitry Cherches | C 20230616 2.5 | 6/15/2023 | 574 | expired | | 2/21/2023 | (564) | $0.1500 | $8,460 | | | | |
| Dmitry Cherches | C 20230616 2.5 | | | | | 6/7/2023 | (10) | $0.0500 | $50 | | | | |
| **Dmitry Cherches** | **C 20230616 2.5** | | **574** | | **$0** | | **(574)** | | **$8,510** | **0** | **0** | **$0** | **$8,510** |
| | | | | | | | | | | | | | |
| Dmitry Cherches | C 20230721 2.5 | 7/24/2023 | 181 | expired | | 5/5/2023 | (100) | $0.1000 | $1,000 | | | | |
| Dmitry Cherches | C 20230721 2.5 | | | | | 6/30/2023 | (81) | $0.0500 | $405 | | | | |
| **Dmitry Cherches** | **C 20230721 2.5** | | **181** | | **$0** | | **(181)** | | **$1,405** | **0** | **0** | **$0** | **$1,405** |
| | | | | | | | | | | | | | |
| Dmitry Cherches | C 20231020 2.5 | 10/17/2023 | 84 | $0.1700 | ($1,428) | 10/11/2023 | (424) | $0.0500 | $2,120 | | | | |
| Dmitry Cherches | C 20231020 2.5 | 10/17/2023 | 340 | $0.1900 | ($6,460) | | | | | | | | |

*Avg Closing Prices from September 25, 2024 to November 27, 2024

**Ammo, Inc. (POWW)**
**Class Period: August 19, 2020 to September 24, 2024**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Security Type | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 64-Days* Mean Price $1.2589 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Dmitry Cherches** | **C 20231020 2.5** | | **424** | | **($7,888)** | | **(424)** | | **$2,120** | **0** | **0** | **$0** | **($5,768)** |
| | | | | | | | | | | | | | |
| Dmitry Cherches | C 20231117 2.5 | 11/20/2023 | 424 | expired | | 10/17/2023 | (340) | $0.3200 | $10,880 | | | | |
| Dmitry Cherches | C 20231117 2.5 | | | | | 10/17/2023 | (84) | $0.3000 | $2,520 | | | | |
| **Dmitry Cherches** | **C 20231117 2.5** | | **424** | | **$0** | | **(424)** | | **$13,400** | **0** | **0** | **$0** | **$13,400** |
| | | | | | | | | | | | | | |
| Account 2 | | | | | | | | | | | | | |
| Dmitry Cherches | Common Stock | 1/14/2022 | 300 | $4.7300 | ($1,419) | 12/26/2023 | (670) | $2.3200 | $1,554 | | | | |
| Dmitry Cherches | Common Stock | 1/14/2022 | 500 | $4.8700 | ($2,435) | 12/27/2023 | (2,100) | $2.2900 | $4,809 | | | | |
| Dmitry Cherches | Common Stock | 1/20/2022 | 300 | $4.4200 | ($1,326) | 12/27/2023 | (2,505) | $2.2400 | $5,611 | | | | |
| Dmitry Cherches | Common Stock | 2/22/2022 | 2,100 | $5.0000 | ($10,500) | 12/27/2023 | (300) | $2.2500 | $675 | | | | |
| Dmitry Cherches | Common Stock | 4/18/2022 | 34,900 | $5.0000 | ($174,500) | 12/27/2023 | (11,464) | $2.2400 | $25,679 | | | | |
| Dmitry Cherches | Common Stock | 5/11/2022 | 1,934 | $3.7500 | ($7,253) | 12/27/2023 | (1,934) | $2.2300 | $4,313 | | | | |
| Dmitry Cherches | Common Stock | 5/11/2022 | 400 | $3.7300 | ($1,492) | 12/27/2023 | (1,036) | $2.2400 | $2,321 | | | | |
| Dmitry Cherches | Common Stock | 5/23/2022 | 3,175 | $3.7700 | ($11,970) | 12/27/2023 | (1,799) | $2.2400 | $4,030 | | | | |
| Dmitry Cherches | Common Stock | 9/19/2022 | 100 | $3.4300 | ($343) | 12/27/2023 | (72) | $2.2400 | $161 | | | | |
| Dmitry Cherches | Common Stock | 9/21/2022 | 12,500 | $5.0000 | ($62,500) | 12/27/2023 | (31,928) | $2.2300 | $71,199 | | | | |
| Dmitry Cherches | Common Stock | 9/26/2022 | 21,400 | $5.0000 | ($107,000) | 12/27/2023 | (32,011) | $2.2300 | $71,385 | | | | |
| Dmitry Cherches | Common Stock | 10/3/2022 | 34,700 | $5.0000 | ($173,500) | 12/27/2023 | (2,889) | $2.2800 | $6,587 | | | | |
| Dmitry Cherches | Common Stock | 10/4/2022 | 4,900 | $5.0000 | ($24,500) | 12/27/2023 | (300) | $2.2800 | $684 | | | | |
| Dmitry Cherches | Common Stock | 10/10/2022 | 1,800 | $5.0000 | ($9,000) | 12/27/2023 | (300) | $2.2900 | $687 | | | | |
| Dmitry Cherches | Common Stock | 10/24/2022 | 32,000 | $5.0000 | ($160,000) | 12/27/2023 | (100) | $2.2900 | $229 | | | | |
| Dmitry Cherches | Common Stock | 12/20/2022 | 300 | $2.5000 | ($750) | 12/27/2023 | (400) | $2.2900 | $916 | | | | |
| Dmitry Cherches | Common Stock | 12/28/2022 | 7,500 | $2.5000 | ($18,750) | 12/27/2023 | (21,400) | $2.2900 | $49,006 | | | | |
| Dmitry Cherches | Common Stock | 1/23/2023 | 7,000 | $2.5000 | ($17,500) | 12/27/2023 | (1) | $2.2900 | $2 | | | | |
| Dmitry Cherches | Common Stock | 2/16/2023 | 14,500 | $2.5000 | ($36,250) | 12/27/2023 | (4,900) | $2.2900 | $11,221 | | | | |
| Dmitry Cherches | Common Stock | 2/21/2023 | 26,400 | $2.5000 | ($66,000) | 12/27/2023 | (200) | $2.2900 | $458 | | | | |
| Dmitry Cherches | Common Stock | 5/13/2024 | 6,000 | $2.4400 | ($14,640) | 12/27/2023 | (9,642) | $2.2300 | $21,502 | | | | |
| Dmitry Cherches | Common Stock | 6/12/2024 | 2,800 | $2.5000 | ($7,000) | 9/9/2024 | (9,843) | $1.3800 | $13,583 | | | | |
| Dmitry Cherches | Common Stock | | | | | 9/9/2024 | (10,000) | $1.3700 | $13,700 | | | | |
| Dmitry Cherches | Common Stock | | | | | 9/9/2024 | (157) | $1.3800 | $217 | | | | |
| Dmitry Cherches | Common Stock | | | | | 9/9/2024 | (11,758) | $1.3700 | $16,108 | | | | |
| Dmitry Cherches | Common Stock | | | | | 10/21/2024 | (27,800) | $1.3258 | $36,857 | | | | |
| Dmitry Cherches | Common Stock | | | | | 10/21/2024 | (22,715) | $1.3258 | $30,115 | | | | |
| Dmitry Cherches | Common Stock | | | | | 10/24/2024 | (7,285) | $1.2991 | $9,464 | | | | |
| **Dmitry Cherches** | **Common Stock** | | **215,509** | | **($908,627)** | | **(215,509)** | | **$403,074** | **57,800** | **0** | **$0** | **($505,553)** |
| | | | | | | | | | | | | | |
| **Dmitry Cherches** | **P 20220121 5** | **1/14/2022** | **9** | **$0.3000** | **($270)** | **12/29/2021** | **(9)** | **$0.1800** | **$162** | **0** | **0** | **$0** | **($108)** |
| **Dmitry Cherches** | **C 20220414 5** | **4/18/2022** | **32** | **expired** | | **3/21/2022** | **(32)** | **$0.2100** | **$672** | **0** | **0** | **$0** | **$672** |
| **Dmitry Cherches** | **C 20221021 5** | **10/24/2022** | **100** | **expired** | | **8/31/2022** | **(100)** | **$0.0500** | **$500** | **0** | **0** | **$0** | **$500** |
| **Dmitry Cherches** | **C 20221118 5** | **11/21/2022** | **100** | **expired** | | **10/6/2022** | **(100)** | **$0.0500** | **$500** | **0** | **0** | **$0** | **$500** |
| **Dmitry Cherches** | **C 20221216 2.5** | **12/19/2022** | **100** | **expired** | | **11/16/2022** | **(100)** | **$0.0700** | **$700** | **0** | **0** | **$0** | **$700** |
| **Dmitry Cherches** | **C 20230519 2.5** | **5/22/2023** | **400** | **expired** | | **3/31/2023** | **(400)** | **$0.0500** | **$2,000** | **0** | **0** | **$0** | **$2,000** |
| **Dmitry Cherches** | **C 20231117 2.5** | **11/20/2023** | **117** | **expired** | | **10/17/2023** | **(117)** | **$0.3200** | **$3,744** | **0** | **0** | **$0** | **$3,744** |
| **Dmitry Cherches** | **C 20240719 2.5** | **7/22/2024** | **60** | **expired** | | **5/13/2024** | **(60)** | **$0.2300** | **$1,380** | **0** | **0** | **$0** | **$1,380** |
| **Dmitry Cherches** | **C 20240621 2.5** | **6/24/2024** | **28** | **expired** | | **6/12/2024** | **(28)** | **$0.1100** | **$308** | **0** | **0** | **$0** | **$308** |

*Avg Closing Prices from September 25, 2024 to November 27, 2024

**Ammo, Inc. (POWW)**
**Class Period: August 19, 2020 to September 24, 2024**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Security Type | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 64-Days* Mean Price $1.2589 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dmitry Cherches | C 20220121 5 | 1/20/2022 | 8 | $0.0300 | ($24) | 1/14/2022 | (3) | $0.0600 | $18 | | | | |
| Dmitry Cherches | C 20220121 5 | | | | | 1/14/2022 | (5) | $0.1200 | $60 | | | | |
| **Dmitry Cherches** | **C 20220121 5** | | **8** | | **($24)** | | **(8)** | | **$78** | **0** | **0** | **$0** | **$54** |
| Dmitry Cherches | P 20220218 5 | 2/22/2022 | 21 | assigned | | 1/14/2022 | (9) | $0.5500 | $495 | | | | |
| Dmitry Cherches | P 20220218 5 | | | | | 2/8/2022 | (12) | $0.6000 | $720 | | | | |
| **Dmitry Cherches** | **P 20220218 5** | | **21** | | **$0** | | **(21)** | | **$1,215** | **0** | **0** | **$0** | **$1,215** |
| Dmitry Cherches | C 20220218 5 | 2/17/2022 | 11 | $0.0200 | ($22) | 1/20/2022 | (3) | $0.2500 | $75 | | | | |
| Dmitry Cherches | C 20220218 5 | | | | | 1/20/2022 | (8) | $0.2300 | $184 | | | | |
| **Dmitry Cherches** | **C 20220218 5** | | **11** | | **($22)** | | **(11)** | | **$259** | **0** | **0** | **$0** | **$237** |
| Dmitry Cherches | P 20220318 5 | 3/21/2022 | 314 | expired | | 2/16/2022 | (2) | $0.6000 | $120 | | | | |
| Dmitry Cherches | P 20220318 5 | | | | | 2/22/2022 | (10) | $0.9000 | $900 | | | | |
| Dmitry Cherches | P 20220318 5 | | | | | 3/2/2022 | (278) | $0.3000 | $8,340 | | | | |
| Dmitry Cherches | P 20220318 5 | | | | | 3/2/2022 | (4) | $0.3000 | $120 | | | | |
| Dmitry Cherches | P 20220318 5 | | | | | 3/8/2022 | (20) | $0.5000 | $1,000 | | | | |
| Dmitry Cherches | P 20220318 5 | | 314 | | $0 | | (314) | | $10,480 | 0 | 0 | $0 | $10,480 |
| Dmitry Cherches | C 20220318 5 | 3/17/2022 | 32 | $0.0500 | ($160) | 2/17/2022 | (11) | $0.2200 | $242 | | | | |
| Dmitry Cherches | C 20220318 5 | | | | | 2/22/2022 | (21) | $0.1000 | $210 | | | | |
| Dmitry Cherches | C 20220318 5 | | 32 | | ($160) | | (32) | | $452 | 0 | 0 | $0 | $292 |
| Dmitry Cherches | P 20220414 5 | 4/12/2022 | 1 | $0.7500 | ($75) | 3/21/2022 | (306) | $0.4100 | $12,546 | | | | |
| Dmitry Cherches | P 20220414 5 | 4/18/2022 | 349 | assigned | | 3/21/2022 | (26) | $0.4000 | $1,040 | | | | |
| Dmitry Cherches | P 20220414 5 | | | | | 3/21/2022 | (10) | $0.4500 | $450 | | | | |
| Dmitry Cherches | P 20220414 5 | | | | | 4/4/2022 | (8) | $0.3800 | $304 | | | | |
| **Dmitry Cherches** | **P 20220414 5** | | **350** | | **($75)** | | **(350)** | | **$14,340** | **0** | **0** | **$0** | **$14,265** |
| Dmitry Cherches | C 20220520 5 | 5/23/2022 | 381 | expired | | 4/19/2022 | (1) | $0.1000 | $10 | | | | |
| Dmitry Cherches | C 20220520 5 | | | | | 4/25/2022 | (380) | $0.0500 | $1,900 | | | | |
| **Dmitry Cherches** | **C 20220520 5** | | **381** | | **$0** | | **(381)** | | **$1,910** | **0** | **0** | **$0** | **$1,910** |
| Dmitry Cherches | C 20230616 5 | 12/1/2022 | 56 | $0.0700 | ($392) | 5/11/2022 | (19) | $0.7500 | $1,425 | | | | |
| Dmitry Cherches | C 20230616 5 | | | | | 5/11/2022 | (4) | $0.7600 | $304 | | | | |
| Dmitry Cherches | C 20230616 5 | | | | | 5/23/2022 | (31) | $0.7000 | $2,170 | | | | |
| Dmitry Cherches | C 20230616 5 | | | | | 7/1/2022 | (1) | $0.8700 | $87 | | | | |
| Dmitry Cherches | C 20230616 5 | | | | | 9/19/2022 | (1) | $0.3600 | $36 | | | | |
| **Dmitry Cherches** | **C 20230616 5** | | **56** | | **($392)** | | **(56)** | | **$4,022** | **0** | **0** | **$0** | **$3,630** |
| Dmitry Cherches | C 20220715 5 | 7/1/2022 | 380 | $0.0300 | ($1,140) | 6/3/2022 | (382) | $0.1700 | $6,494 | | | | |
| Dmitry Cherches | C 20220715 5 | 7/1/2022 | 1 | $0.0200 | ($2) | | | | | | | | |
| Dmitry Cherches | C 20220715 5 | 7/1/2022 | 1 | $0.0300 | ($3) | | | | | | | | |
| **Dmitry Cherches** | **C 20220715 5** | | **382** | | **($1,145)** | | **(382)** | | **$6,494** | **0** | **0** | **$0** | **$5,349** |

*Avg Closing Prices from September 25, 2024 to November 27, 2024

**Ammo, Inc. (POWW)**
**Class Period: August 19, 2020 to September 24, 2024**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Security Type | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 64-Days* Mean Price $1.2589 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dmitry Cherches | C 20220819 5 | 8/22/2022 | 381 | expired | | 7/1/2022 | (380) | $0.1700 | $6,460 | | | | |
| Dmitry Cherches | C 20220819 5 | | | | | 7/1/2022 | (1) | $0.1800 | $18 | | | | |
| **Dmitry Cherches** | **C 20220819 5** | | **381** | | **$0** | | **(381)** | | **$6,478** | **0** | **0** | **$0** | **$6,478** |
| | | | | | | | | | | | | | |
| Dmitry Cherches | P 20220819 5 | 8/19/2022 | 72 | $0.6400 | ($4,608) | 7/25/2022 | (16) | $0.4400 | $704 | | | | |
| Dmitry Cherches | P 20220819 5 | | | | | 7/29/2022 | (56) | $0.3500 | $1,960 | | | | |
| **Dmitry Cherches** | **P 20220819 5** | | **72** | | **($4,608)** | | **(72)** | | **$2,664** | **0** | **0** | **$0** | **($1,944)** |
| | | | | | | | | | | | | | |
| Dmitry Cherches | P 20220916 5 | 8/31/2022 | 573 | $1.2300 | ($70,479) | 8/15/2022 | (1) | $0.4000 | $40 | | | | |
| Dmitry Cherches | P 20220916 5 | | | | | 8/16/2022 | (500) | $0.6500 | $32,500 | | | | |
| Dmitry Cherches | P 20220916 5 | | | | | 8/19/2022 | (72) | $0.7500 | $5,400 | | | | |
| **Dmitry Cherches** | **P 20220916 5** | | **573** | | **($70,479)** | | **(573)** | | **$37,940** | **0** | **0** | **$0** | **($32,539)** |
| | | | | | | | | | | | | | |
| Dmitry Cherches | P 20221021 5 | 9/21/2022 | 125 | assigned | | 8/16/2022 | (100) | $0.8600 | $8,600 | | | | |
| Dmitry Cherches | P 20221021 5 | 9/26/2022 | 214 | assigned | | 8/16/2022 | (400) | $0.8500 | $34,000 | | | | |
| Dmitry Cherches | P 20221021 5 | 10/3/2022 | 347 | assigned | | 8/31/2022 | (573) | $1.2800 | $73,344 | | | | |
| Dmitry Cherches | P 20221021 5 | 10/4/2022 | 49 | assigned | | | | | | | | | |
| Dmitry Cherches | P 20221021 5 | 10/10/2022 | 18 | assigned | | | | | | | | | |
| Dmitry Cherches | P 20221021 5 | 10/24/2022 | 320 | assigned | | | | | | | | | |
| **Dmitry Cherches** | **P 20221021 5** | | **1,073** | | **$0** | | **(1,073)** | | **$115,944** | **0** | **0** | **$0** | **$115,944** |
| | | | | | | | | | | | | | |
| Dmitry Cherches | C 20221216 5 | 12/19/2022 | 934 | expired | | 8/31/2022 | (281) | $0.2500 | $7,025 | | | | |
| Dmitry Cherches | C 20221216 5 | | | | | 10/4/2022 | (90) | $0.0500 | $450 | | | | |
| Dmitry Cherches | C 20221216 5 | | | | | 10/4/2022 | (5) | $0.0600 | $30 | | | | |
| Dmitry Cherches | C 20221216 5 | | | | | 10/4/2022 | (188) | $0.0500 | $940 | | | | |
| Dmitry Cherches | C 20221216 5 | | | | | 10/5/2022 | (5) | $0.0500 | $25 | | | | |
| Dmitry Cherches | C 20221216 5 | | | | | 10/12/2022 | (365) | $0.0500 | $1,825 | | | | |
| **Dmitry Cherches** | **C 20221216 5** | | **934** | | **$0** | | **(934)** | | **$10,295** | **0** | **0** | **$0** | **$10,295** |
| | | | | | | | | | | | | | |
| Dmitry Cherches | P 20221216 2.5 | 11/28/2022 | 141 | $0.4000 | ($5,640) | 11/10/2022 | (1) | $0.0700 | $7 | | | | |
| Dmitry Cherches | P 20221216 2.5 | | | | | 11/10/2022 | (10) | $0.0800 | $80 | | | | |
| Dmitry Cherches | P 20221216 2.5 | | | | | 11/10/2022 | (30) | $0.0600 | $180 | | | | |
| Dmitry Cherches | P 20221216 2.5 | | | | | 11/11/2022 | (100) | $0.0600 | $600 | | | | |
| **Dmitry Cherches** | **P 20221216 2.5** | | **141** | | **($5,640)** | | **(141)** | | **$867** | **0** | **0** | **$0** | **($4,773)** |
| | | | | | | | | | | | | | |
| Dmitry Cherches | C 20230120 2.5 | 1/23/2023 | 158 | expired | | 11/28/2022 | (2) | $0.1000 | $20 | | | | |
| Dmitry Cherches | C 20230120 2.5 | | | | | 12/1/2022 | (56) | $0.1200 | $672 | | | | |
| Dmitry Cherches | C 20230120 2.5 | | | | | 12/1/2022 | (100) | $0.1000 | $1,000 | | | | |
| **Dmitry Cherches** | **C 20230120 2.5** | | **158** | | **$0** | | **(158)** | | **$1,692** | **0** | **0** | **$0** | **$1,692** |
| | | | | | | | | | | | | | |
| Dmitry Cherches | P 20230120 2.5 | 12/20/2022 | 3 | assigned | | 11/28/2022 | (141) | $0.4500 | $6,345 | | | | |
| Dmitry Cherches | P 20230120 2.5 | 12/28/2022 | 75 | assigned | | 12/2/2022 | (7) | $0.4200 | $294 | | | | |
| Dmitry Cherches | P 20230120 2.5 | 1/23/2023 | 70 | assigned | | | | | | | | | |
| **Dmitry Cherches** | **P 20230120 2.5** | | **148** | | **$0** | | **(148)** | | **$6,639** | **0** | **0** | **$0** | **$6,639** |
| | | | | | | | | | | | | | |
| Dmitry Cherches | P 20230217 2.5 | 2/16/2023 | 145 | assigned | | 1/27/2023 | (8) | $0.2000 | $160 | | | | |

*Avg Closing Prices from September 25, 2024 to November 27, 2024

**Ammo, Inc. (POWW)**
**Class Period: August 19, 2020 to September 24, 2024**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Security Type | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 64-Days* Mean Price $1.2589 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dmitry Cherches | P 20230217 2.5 | 2/21/2023 | 264 | assigned | | 1/30/2023 | (400) | $0.1500 | $6,000 | | | | |
| Dmitry Cherches | P 20230217 2.5 | | | | | 2/2/2023 | (1) | $0.1500 | $15 | | | | |
| **Dmitry Cherches** | **P 20230217 2.5** | | **409** | | **$0** | | **(409)** | | **$6,175** | **0** | **0** | **$0** | **$6,175** |
| | | | | | | | | | | | | | |
| Dmitry Cherches | C 20230421 2.5 | 4/24/2023 | 300 | expired | | 2/23/2023 | (100) | $0.0700 | $700 | | | | |
| Dmitry Cherches | C 20230421 2.5 | | | | | 2/23/2023 | (100) | $0.0700 | $700 | | | | |
| Dmitry Cherches | C 20230421 2.5 | | | | | 2/23/2023 | (100) | $0.0700 | $700 | | | | |
| **Dmitry Cherches** | **C 20230421 2.5** | | **300** | | **$0** | | **(300)** | | **$2,100** | **0** | **0** | **$0** | **$2,100** |
| | | | | | | | | | | | | | |
| Dmitry Cherches | C 20230616 2.5 | 6/15/2023 | 840 | expired | | 2/23/2023 | (100) | $0.1700 | $1,700 | | | | |
| Dmitry Cherches | C 20230616 2.5 | | | | | 4/17/2023 | (622) | $0.1000 | $6,220 | | | | |
| Dmitry Cherches | C 20230616 2.5 | | | | | 4/17/2023 | (78) | $0.1000 | $780 | | | | |
| Dmitry Cherches | C 20230616 2.5 | | | | | 6/7/2023 | (38) | $0.0500 | $190 | | | | |
| Dmitry Cherches | C 20230616 2.5 | | | | | 6/13/2023 | (2) | $0.0500 | $10 | | | | |
| **Dmitry Cherches** | **C 20230616 2.5** | | **840** | | **$0** | | **(840)** | | **$8,900** | **0** | **0** | **$0** | **$8,900** |
| | | | | | | | | | | | | | |
| Dmitry Cherches | C 20231020 2.5 | 10/17/2023 | 117 | $0.1800 | ($2,106) | 9/15/2023 | (76) | $0.0500 | $380 | | | | |
| Dmitry Cherches | C 20231020 2.5 | | | | | 9/15/2023 | (41) | $0.0500 | $205 | | | | |
| **Dmitry Cherches** | **C 20231020 2.5** | | **117** | | **($2,106)** | | **(117)** | | **$585** | **0** | **0** | **$0** | **($1,521)** |
| | | | | | | | | | | | | | |
| Dmitry Cherches | C 20231215 2.5 | 12/18/2023 | 1,950 | expired | | 11/13/2023 | (1,350) | $0.0500 | $6,750 | | | | |
| Dmitry Cherches | C 20231215 2.5 | | | | | 11/13/2023 | (600) | $0.0500 | $3,000 | | | | |
| **Dmitry Cherches** | **C 20231215 2.5** | | **1,950** | | **$0** | | **(1,950)** | | **$9,750** | **0** | **0** | **$0** | **$9,750** |
| | | | | | | | | | | | | | |
| Dmitry Cherches | C 20241018 5 | 10/21/2024 | 578 | expired | | 5/13/2024 | (569) | $0.0500 | $2,845 | | | | |
| Dmitry Cherches | C 20241018 5 | | | | | 5/13/2024 | (7) | $0.0600 | $42 | | | | |
| Dmitry Cherches | C 20241018 5 | | | | | 5/14/2024 | (2) | $0.0500 | $10 | | | | |
| **Dmitry Cherches** | **C 20241018 5** | | **578** | | **$0** | | **(578)** | | **$2,897** | **(578)** | **0** | **$0** | **$2,897** |
| | | | | | | | | | | | | | |
| Irene Zvagelsky | Common Stock | 2/22/2022 | 1,600 | $5.0000 | ($8,000) | 12/27/2023 | (1,600) | $2.2600 | $3,616 | | | | |
| Irene Zvagelsky | Common Stock | 5/23/2022 | 200 | $5.0000 | ($1,000) | 12/27/2023 | (1,600) | $2.2700 | $3,632 | | | | |
| Irene Zvagelsky | Common Stock | 6/2/2022 | 100 | $5.0000 | ($500) | 12/27/2023 | (1,500) | $2.2601 | $3,390 | | | | |
| Irene Zvagelsky | Common Stock | 6/21/2022 | 63,700 | $5.0000 | ($318,500) | 12/27/2023 | (400) | $2.2650 | $906 | | | | |
| Irene Zvagelsky | Common Stock | 9/28/2022 | 3,500 | $5.0000 | ($17,500) | 10/21/2024 | (18) | $1.3258 | $24 | | | | |
| Irene Zvagelsky | Common Stock | 10/4/2022 | 4,900 | $5.0000 | ($24,500) | 10/22/2024 | (38,000) | $1.3185 | $50,103 | | | | |
| Irene Zvagelsky | Common Stock | 10/13/2022 | 5,000 | $5.0000 | ($25,000) | 10/25/2024 | (12,590) | $1.2930 | $16,279 | | | | |
| Irene Zvagelsky | Common Stock | 10/24/2022 | 1,400 | $5.0000 | ($7,000) | 10/28/2024 | (1,103) | $1.2896 | $1,422 | | | | |
| Irene Zvagelsky | Common Stock | 12/19/2022 | 9,700 | $5.0000 | ($48,500) | 11/5/2024 | (5,100) | $1.2620 | $6,436 | | | | |
| Irene Zvagelsky | Common Stock | 2/17/2023 | 400 | $2.5000 | ($1,000) | 11/5/2024 | (11,389) | $1.2620 | $14,373 | | | | |
| Irene Zvagelsky | Common Stock | 2/21/2023 | 22,800 | $2.5000 | ($57,000) | 11/11/2024 | (2,834) | $1.3450 | $3,812 | | | | |
| Irene Zvagelsky | Common Stock | | | | | 11/11/2024 | (14,851) | $1.3400 | $19,900 | | | | |
| **Irene Zvagelsky** | **Common Stock** | | **113,300** | | **($508,500)** | | **(90,985)** | | **$123,894** | **108,200** | **22,315** | **$28,093** | **($356,513)** |
| | | | | | | | | | | | | | |
| **Irene Zvagelsky** | **P 20220218 5** | **2/22/2022** | **16** | **assigned** | | **1/14/2022** | **(16)** | **$0.5400** | **$864** | **0** | **0** | **$0** | **$864** |
| **Irene Zvagelsky** | **P 20220520 5** | **5/23/2022** | **2** | **assigned** | | **5/3/2022** | **(2)** | **$0.8000** | **$160** | **0** | **0** | **$0** | **$160** |
| **Irene Zvagelsky** | **C 20221216 5** | **12/19/2022** | **12** | **expired** | | **10/4/2022** | **(12)** | **$0.0500** | **$60** | **0** | **0** | **$0** | **$60** |

*Avg Closing Prices from September 25, 2024 to November 27, 2024

**Ammo, Inc. (POWW)**
**Class Period: August 19, 2020 to September 24, 2024**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Security Type | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 64-Days* Mean Price $1.2589 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Irene Zvagelsky** | **C 20230616 2.5** | 6/16/2023 | 230 | expired | | 3/3/2023 | (230) | $0.1500 | $3,450 | 0 | 0 | $0 | $3,450 |
| **Irene Zvagelsky** | **C 20231215 2.5** | 12/18/2023 | 232 | expired | | 11/15/2023 | (232) | $0.0500 | $1,160 | 0 | 0 | $0 | $1,160 |
| **Irene Zvagelsky** | **C 20220414 5** | 4/18/2022 | 16 | expired | | 3/16/2022 | (16) | $0.2200 | $352 | 0 | 0 | $0 | $352 |
| **Irene Zvagelsky** | **P 20220819 5** | 8/16/2022 | 65 | $0.6500 | ($4,225) | 7/25/2022 | (65) | $0.4100 | $2,665 | 0 | 0 | $0 | ($1,560) |
| **Irene Zvagelsky** | **C 20220715 5** | 7/1/2022 | 19 | $0.0300 | ($57) | 6/3/2022 | (19) | $0.1600 | $304 | 0 | 0 | $0 | $247 |
| **Irene Zvagelsky** | **C 20220520 5** | 5/23/2022 | 16 | expired | | 4/18/2022 | (16) | $0.0700 | $112 | 0 | 0 | $0 | $112 |
| | | | | | | | | | | | | | |
| Irene Zvagelsky | C 20220318 5 | 3/16/2022 | 16 | $0.0300 | ($48) | 2/22/2022 | (5) | $0.1000 | $50 | | | | |
| Irene Zvagelsky | C 20220318 5 | | | | | 2/22/2022 | (3) | $0.1000 | $30 | | | | |
| Irene Zvagelsky | C 20220318 5 | | | | | 2/22/2022 | (8) | $0.1000 | $80 | | | | |
| **Irene Zvagelsky** | **C 20220318 5** | | 16 | | ($48) | | (16) | | $160 | 0 | 0 | $0 | $112 |
| | | | | | | | | | | | | | |
| Irene Zvagelsky | P 20220414 5 | 4/14/2022 | 552 | $0.6700 | ($36,984) | 3/17/2022 | (30) | $0.4000 | $1,200 | | | | |
| Irene Zvagelsky | P 20220414 5 | | | | | 3/22/2022 | (510) | $0.3000 | $15,300 | | | | |
| Irene Zvagelsky | P 20220414 5 | | | | | 3/22/2022 | (12) | $0.3000 | $360 | | | | |
| **Irene Zvagelsky** | **P 20220414 5** | | 552 | | ($36,984) | | (552) | | $16,860 | 0 | 0 | $0 | ($20,124) |
| | | | | | | | | | | | | | |
| Irene Zvagelsky | P 20220520 5 | 4/29/2022 | 638 | $0.9700 | ($61,886) | 4/6/2022 | (43) | $0.8000 | $3,440 | | | | |
| Irene Zvagelsky | P 20220520 5 | | | | | 4/6/2022 | (24) | $0.8000 | $1,920 | | | | |
| Irene Zvagelsky | P 20220520 5 | | | | | 4/14/2022 | (552) | $0.7700 | $42,504 | | | | |
| Irene Zvagelsky | P 20220520 5 | | | | | 4/18/2022 | (14) | $0.8000 | $1,120 | | | | |
| Irene Zvagelsky | P 20220520 5 | | | | | 4/25/2022 | (5) | $0.8200 | $410 | | | | |
| **Irene Zvagelsky** | **P 20220520 5** | | 638 | | ($61,886) | | (638) | | $49,394 | 0 | 0 | $0 | ($12,492) |
| | | | | | | | | | | | | | |
| Irene Zvagelsky | P 20220617 5 | 6/2/2022 | 1 | assigned | | 4/29/2022 | (638) | $0.0600 | $3,828 | | | | |
| Irene Zvagelsky | P 20220617 5 | 6/21/2022 | 637 | assigned | | | | | | | | | |
| **Irene Zvagelsky** | **P 20220617 5** | | 638 | | $0 | | (638) | | $3,828 | 0 | 0 | $0 | $3,828 |
| | | | | | | | | | | | | | |
| Irene Zvagelsky | C 20220819 5 | 8/16/2022 | 656 | expired | | 7/1/2022 | (19) | $0.1600 | $304 | | | | |
| Irene Zvagelsky | C 20220819 5 | | | | | 7/1/2022 | (637) | $0.1500 | $9,555 | | | | |
| **Irene Zvagelsky** | **C 20220819 5** | | 656 | | $0 | | (656) | | $9,859 | 0 | 0 | $0 | $9,859 |
| | | | | | | | | | | | | | |
| Irene Zvagelsky | P 20220916 5 | 8/31/2022 | 49 | $1.2200 | ($5,978) | 8/16/2022 | (65) | $0.7500 | $4,875 | | | | |
| Irene Zvagelsky | P 20220916 5 | 8/31/2022 | 49 | $1.2000 | ($5,880) | 8/18/2022 | (180) | $0.5500 | $9,900 | | | | |
| Irene Zvagelsky | P 20220916 5 | 9/16/2022 | 147 | $1.5500 | ($22,785) | | | | | | | | |
| **Irene Zvagelsky** | **P 20220916 5** | | 245 | | ($34,643) | | (245) | | $14,775 | 0 | 0 | $0 | ($19,868) |
| | | | | | | | | | | | | | |
| Irene Zvagelsky | C 20221021 5 | 10/24/2022 | 656 | expired | | 8/25/2022 | (48) | $0.2000 | $960 | | | | |
| Irene Zvagelsky | C 20221021 5 | | | | | 8/29/2022 | (100) | $0.1400 | $1,400 | | | | |
| Irene Zvagelsky | C 20221021 5 | | | | | 8/29/2022 | (35) | $0.1100 | $385 | | | | |
| Irene Zvagelsky | C 20221021 5 | | | | | 8/29/2022 | (165) | $0.1000 | $1,650 | | | | |
| Irene Zvagelsky | C 20221021 5 | | | | | 8/29/2022 | (100) | $0.1100 | $1,100 | | | | |
| Irene Zvagelsky | C 20221021 5 | | | | | 9/13/2022 | (208) | $0.0500 | $1,040 | | | | |
| **Irene Zvagelsky** | **C 20221021 5** | | 656 | | $0 | | (656) | | $6,535 | 0 | 0 | $0 | $6,535 |
| | | | | | | | | | | | | | |
| Irene Zvagelsky | P 20221021 5 | 9/28/2022 | 35 | assigned | | 8/31/2022 | (49) | $1.2700 | $6,223 | | | | |

*Avg Closing Prices from September 25, 2024 to November 27, 2024

**Ammo, Inc. (POWW)**
**Class Period: August 19, 2020 to September 24, 2024**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Security Type | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 64-Days* Mean Price $1.2589 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Irene Zvagelsky | P 20221021 5 | 10/4/2022 | 49 | assigned | | 8/31/2022 | (49) | $1.2500 | $6,125 | | | | |
| Irene Zvagelsky | P 20221021 5 | 10/24/2022 | 14 | assigned | | | | | | | | | |
| **Irene Zvagelsky** | **P 20221021 5** | | **98** | | **$0** | | **(98)** | | **$12,348** | **0** | **0** | **$0** | **$12,348** |
| Irene Zvagelsky | P 20221216 5 | 10/13/2022 | 50 | assigned | | 9/16/2022 | (147) | $1.6500 | $24,255 | | | | |
| Irene Zvagelsky | P 20221216 5 | 12/19/2022 | 97 | assigned | | | | | | | | | |
| **Irene Zvagelsky** | **P 20221216 5** | | **147** | | **$0** | | **(147)** | | **$24,255** | **0** | **0** | **$0** | **$24,255** |
| Irene Zvagelsky | C 20230120 2.5 | 1/23/2023 | 600 | expired | | 11/22/2022 | (100) | $0.1000 | $1,000 | | | | |
| Irene Zvagelsky | C 20230120 2.5 | | | | | 11/22/2022 | (15) | $0.1000 | $150 | | | | |
| Irene Zvagelsky | C 20230120 2.5 | | | | | 11/22/2022 | (4) | $0.1000 | $40 | | | | |
| Irene Zvagelsky | C 20230120 2.5 | | | | | 11/22/2022 | (481) | $0.1000 | $4,810 | | | | |
| **Irene Zvagelsky** | **C 20230120 2.5** | | **600** | | **$0** | | **(600)** | | **$6,000** | **0** | **0** | **$0** | **$6,000** |
| Irene Zvagelsky | P 20230217 2.5 | 2/17/2023 | 4 | assigned | | 1/20/2023 | (10) | $0.5000 | $500 | | | | |
| Irene Zvagelsky | P 20230217 2.5 | 2/21/2023 | 228 | assigned | | 1/27/2023 | (4) | $0.2000 | $80 | | | | |
| Irene Zvagelsky | P 20230217 2.5 | | | | | 1/27/2023 | (218) | $0.2000 | $4,360 | | | | |
| **Irene Zvagelsky** | **P 20230217 2.5** | | **232** | | **$0** | | **(232)** | | **$4,940** | **0** | **0** | **$0** | **$4,940** |
| Irene Zvagelsky | C 20230721 2.5 | 7/24/2023 | 900 | expired | | 5/11/2023 | (63) | $0.0500 | $315 | | | | |
| Irene Zvagelsky | C 20230721 2.5 | | | | | 5/11/2023 | (100) | $0.0500 | $500 | | | | |
| Irene Zvagelsky | C 20230721 2.5 | | | | | 5/11/2023 | (4) | $0.0500 | $20 | | | | |
| Irene Zvagelsky | C 20230721 2.5 | | | | | 5/11/2023 | (198) | $0.0500 | $990 | | | | |
| Irene Zvagelsky | C 20230721 2.5 | | | | | 5/11/2023 | (505) | $0.0500 | $2,525 | | | | |
| Irene Zvagelsky | C 20230721 2.5 | | | | | 5/11/2023 | (30) | $0.0500 | $150 | | | | |
| **Irene Zvagelsky** | **C 20230721 2.5** | | **900** | | **$0** | | **(900)** | | **$4,500** | **0** | **0** | **$0** | **$4,500** |
| Irene Zvagelsky | C 20241018 2.5 | 10/21/2024 | 1,082 | expired | | 6/20/2024 | (30) | $0.1000 | $300 | | | | |
| Irene Zvagelsky | C 20241018 2.5 | | | | | 6/20/2024 | (13) | $0.1000 | $130 | | | | |
| Irene Zvagelsky | C 20241018 2.5 | | | | | 6/20/2024 | (17) | $0.1000 | $170 | | | | |
| Irene Zvagelsky | C 20241018 2.5 | | | | | 6/20/2024 | (43) | $0.1000 | $430 | | | | |
| Irene Zvagelsky | C 20241018 2.5 | | | | | 6/20/2024 | (69) | $0.1000 | $690 | | | | |
| Irene Zvagelsky | C 20241018 2.5 | | | | | 6/20/2024 | (73) | $0.1000 | $730 | | | | |
| Irene Zvagelsky | C 20241018 2.5 | | | | | 6/20/2024 | (5) | $0.1100 | $55 | | | | |
| Irene Zvagelsky | C 20241018 2.5 | | | | | 6/20/2024 | (15) | $0.1000 | $150 | | | | |
| Irene Zvagelsky | C 20241018 2.5 | | | | | 6/20/2024 | (52) | $0.1000 | $520 | | | | |
| Irene Zvagelsky | C 20241018 2.5 | | | | | 6/20/2024 | (217) | $0.1000 | $2,170 | | | | |
| Irene Zvagelsky | C 20241018 2.5 | | | | | 6/20/2024 | (7) | $0.1000 | $70 | | | | |
| Irene Zvagelsky | C 20241018 2.5 | | | | | 6/20/2024 | (5) | $0.1000 | $50 | | | | |
| Irene Zvagelsky | C 20241018 2.5 | | | | | 6/20/2024 | (92) | $0.1000 | $920 | | | | |
| Irene Zvagelsky | C 20241018 2.5 | | | | | 6/20/2024 | (17) | $0.1000 | $170 | | | | |
| Irene Zvagelsky | C 20241018 2.5 | | | | | 6/20/2024 | (38) | $0.1000 | $380 | | | | |
| Irene Zvagelsky | C 20241018 2.5 | | | | | 6/20/2024 | (39) | $0.1000 | $390 | | | | |
| Irene Zvagelsky | C 20241018 2.5 | | | | | 6/20/2024 | (285) | $0.1000 | $2,850 | | | | |
| Irene Zvagelsky | C 20241018 2.5 | | | | | 6/20/2024 | (65) | $0.1000 | $650 | | | | |
| **Irene Zvagelsky** | **C 20241018 2.5** | | **1,082** | | **$0** | | **(1,082)** | | **$10,825** | **(1,082)** | **0** | **$0** | **$10,825** |

*Avg Closing Prices from September 25, 2024 to November 27, 2024