# EXHIBIT F



Bronstein, Gewirtz & Grossman, LLC (BG&G) is a securities and consumer class action law firm.  The firm also handles corporate and commercial litigation, as well as patent and trademark matters. BG&G has served as co-counsel and lead counsel in multiple securities class actions that have resulted in hundreds of millions of dollars in recovery for the classes. The firm's lawyers have over 30 years of experience prosecuting and defending class action cases.

## PRACTICE

Bronstein, Gewirtz & Grossman, LLC represents individuals and businesses in many business and investment related matters.

- **Class Actions:** BG&G has served as co-counsel and lead counsel in numerous securities and consumer class actions.  BG&G prosecutes on behalf of investors wronged by brokers and issuers both in court and before FINRA.
- **Securities Litigation**: BG&G handles all corporate and securities litigation matters, including contract disputes, shareholder disputes, partnership disputes, and corporate control issues.
- **Commercial Litigation**: BG&G handles commercial litigation matters, including contract disputes, shareholder disputes, partnership disputes, and corporate control issues.

{00641535;1}

## ATTORNEYS

**Peretz Bronstein**, founding member, focuses on corporate and securities litigation. After graduating from Harvard College and Harvard Law School, Peretz gained eight years of experience as a litigator at Skadden, Arps, Slate, Meagher & Flom, LLP. While at Skadden, He spent most of his time there defending class action lawsuits. He is a member of the New York State Bar, as well as the bars of the United States District Courts of the Southern and Eastern Districts of New York and the Second Circuit Court of Appeals.

**Edward N. (Chona) Gewirtz,** member, focuses on intellectual property law, including software patent and copyright issues and is a licensed patent attorney. Chona graduated from Cornell University, College of Arts and Sciences, and Cardozo Law School. He is a member of the New York and New Jersey bars, as well as the United States Patent & Trademark Bar.

**Neil D. Grossman,** member, practices primarily in commercial litigation and employment law. He is a graduate of Sarah Lawrence College and Rutgers University Law School. Neil is a member of the New York and New Jersey bars and heads the New Jersey office.

**Yitzchak E. Soloveichik,** member, represents plaintiffs and defendants in complex commercial litigation, in matters involving a broad range of issues and claims, including breach of contract, breach of fiduciary duty, conversion, professional malpractice, and common law and securities fraud. Yitzchak graduated *summa cum laude* with a B.A. in philosophy and political science from Yeshiva University and received his J.D. from Harvard Law School, where he was an editor of the Journal of Law & Public Policy.  After law school, Yitzchak served as a law clerk to The Honorable Robert S. Smith of the New York Court of Appeals. He previously practiced at Paul, Weiss, Rifkind, Wharton & Garrison LLP and Friedman Kaplan Seiler & Adelman LLP.

**Eitan Kimelman**, member, focuses primarily on plaintiff-side securities class actions, protecting shareholder rights.  Eitan graduated from University of Michigan and New York Law School. He is a member of the New York Bar.

**Yitzhak Greenberg,** of counsel, represents parties in all facets of bankruptcy, including debtors, creditors, and chapter 7 and 11 trustees. He graduated Fordham University Law School where he served as an editor of the Environmental Journal.  After law school, Yitzhak served as a law clerk to the Honorable Arthur J. Gonzalez, United States Bankruptcy Judge.

{00641535;1}

**Mendy Katzman,** of counsel, practices in commercial litigation and consumer class actions. He is a graduate of Touro College and Cardozo School of Law. Mendy is a member of the New York State Bar a well as the bars of the United States District Courts of the Southern and Eastern Districts of New York.

**Nava Listokin,** of counsel, focuses her practice on consumer protection and securities litigation. Nava served as a litigator for the New York Division of Housing as well as private clients in fields ranging from negligence and employment discrimination to commercial law and entity formation. Nava graduated from Fordham Law School, where she was an editor of the Environmental Law Journal and is a member of the New York Bar.

**Yael Nathanson,** of counsel, focuses primarily on securities and consumer class action litigation, including case origination, management, and research, and advises shareholder and consumer clients throughout the litigation process. Yael graduated Summa Cum Laude from Mitchell Hamline School of Law, where she also served as an editor of the Law Journal of Public Policy and Practice.  Yael is a member of the Texas State Bar and the bar of the United States District Court of the Southern District of Texas.

**David Palace,** of counsel, practices primarily in consumer class actions. He is a graduate of the University of Missouri-KC School of Law. David is a member of the New York State Bar and the California State Bar.

**Michael J. Boyle,** of counsel, joined the firm in 2024, focusing on representing consumers in class actions. Prior to coming to the firm, he spent the previous eleven years developing class cases on behalf of consumers, from case origination through litigation, briefing and settlement. He was a key component of three of the five largest class settlements in history under the Telephone Consumer Protection Act. He has also represented a wide variety of other types of clients, from nurses recovering overtime pay to land owners in disputes over oil and gas leases on their property. Michael graduated cum laude from the University of Pennsylvania School of Law and clerked for the Honorable R. Guy Cole of the United States Court of Appeals for the Sixth Circuit. He is a member of the Ohio and California Bars, as well as numerous federal District and Appellate Courts.

## SECURITIES LITIGATION

**SIGNIFICANT RESULTS**

- *Apple Inc., iPhone 4s Litigation*, **Case No. 15-CV-7381 (E.D.N.Y.).** BG&G served as co-lead counsel and obtained a $20 million settlement by New York and New Jersey iPhone 4S owners alleging system slowdown due to a system upgrade. This case was on behalf of a consumer class represented by the firm's class-representative client.

- *In Re 2U, Inc. Securities Class Action*, **Case No. 03455-TDC (D. Md.).** BG&G served as co-counsel and obtained a $37 million settlement. The complaint alleged violations of §§10b and §§20a of the Securities Exchange Act arising out of the company's issuance of materially false and misleading financial information.

- *Deutsche Bank AG Sec. Litigation*, **Case No. 1:22-cv-02854 (S.D.N.Y.).** BG&G served as co-counsel and helped obtain a $26.3 million settlement. The action alleged that Deutsche Bank made materially false and misleading statements about its anti-money-laundering ("AML") deficiencies and did not properly monitor customers it considered high risk, such as financier and accused sex offender Jeffrey Epstein.

- *In re Flint, Mich. Water Crisis Litigation*, **Case No. 16-CV-10444 (E.D.Mi.).** Plaintiff Exec. Comm. Member. Global settlement with State of Michigan for approx. $600 million.

- *In re Spectrum Pharm., Inc. Inc. Sec. Lit.,* **Case No. 16-CV-02279 (D.Nev.).** Co-Lead counsel. Case settled for $2,995,000.

- *Pirnik v. Fiat Chrysler Automobiles N.V. et, al.,* **Case No. 1:15-cv-07199-JMF (S.D.N.Y).** BG&G served as counsel and achieved a final approval of a $110 million settlement for the Class in this high-profile securities class action.

- *Strougo v. Barclays PLC*, **Case No. 14-cv-5797 (S.D.N.Y.).** BG&G served as counsel and achieved a final approval of a $27 million settlement for the Class in this high-profile securities class action. Plaintiffs alleged that defendants concealed

{00641535:1 }

information and misled investors regarding the management of its "LX" dark pool, a private trading platform where the size and price of the orders are not revealed to other participants.

- ***In re Yahoo!, Inc. Sec. Litig.*, Case No. 17-cv-00373 (N.D. Cal.).** BG&G served as counsel and achieved a final approval of a historic $80 million settlement for the Class in this ground-breaking litigation. The complaint alleged that the internet giant intentionally misled investors about its cybersecurity practices in the wake of massive data breaches in 2013 and 2014 that compromise the personal information of all 3 billion Yahoo customers. Plaintiffs allege that Yahoo violated federal securities laws by failing to disclose the breaches, which caused a subsequent stock price dive. This represents the first significant settlement to date of a securities fraud class action filed in response to a data breach.

- ***M&M Hart Living Trust, et al. v. Global Eagle Entertainment, Inc., et al.,* Case No. 2:17-cv-1479-PA (C.D. Cal.).** BG&G served as co-lead counsel in this securities class action case.  The complaint alleged violations of Sections 10(b) and 20(a) of the Exchange Act, and the firm obtained a favorable settlement for the class.

- ***Duncan et. al v. Joy Global Inc.*, Case No. 2:16-cv-1229-pp (E.D. Wisc.).** BG&G served as co-lead counsel in this securities class action case.  The complaint alleged violations of Sections 14(a) and 20(a) of the Exchange Act, and the firm secured a $20 million settlement for the class.

- ***In re CBD Energy Limited Securities Litig.*, Case No. 4:15-cv-01668 (S.D. Tex.).** BG&G served as co-lead counsel in this securities class action case.  The complaint alleged violations of Sections 10(b) and 20(a) of the Exchange Act, and the firm secured a favorable settlement for the class.

- ***Hayes v. Magnachip Semiconductor Corp.,* Case No. 12-CV-1160 (Partial Settlement).** BG&G served as co-counsel in this certified class action pending in the U.S. District Court for the Northern District of California. The complaint alleges violations of 10b and 20(a) of the Securities Exchange Act arising out of the

company's issuance of false financial statements. The parties agreed to a partial settlement of the action for $23.5 million in cash.

- *Groupon Inc. Securities Litigation,* **Case No. 12-CV-02450.** BG&G was co-counsel in this class action in the U.S. District Court for the Northern District of Illinois. The complaint alleged that the online coupon company misled them in the prospectus and registration statement.  Judge Norgle approved a $45 million settlement for Groupon shareholders.

- *Cole v. Duoyuan Printing, Inc.,* **Case No. 10-CV-7325**.  BG&G was co-counsel in this class action in the U.S. District Court for the Southern District of New York.  The complaint alleged violations of §§ 11, 12(a)(2), and 15 of the Securities Act of 1933 and §§10b and 20(a) of the Securities Exchange Act arising out of the company's issuance of materially false and misleading statements about the company's true financial condition and adequacy of the company's internal controls. The action settled for aggregate payment to the Class of $6,193,750.

- *Silvercorp Metals, Inc. Securities Litigation,* **Case No. 12-CV-9456**. BG&G was co-counsel in this consolidated class action in the U.S. District Court for Southern District of New York.  The complaint alleged violations of §§10b and 20(a) of the Securities Exchange Act arising out of the company's issuance of materially false and misleading financial information. The parties agreed to settle this action for $14 million in cash.

- *Blitz v. AgFeed Industries,* **Case No. 11-CV-0992.** BG&G was co-counsel in this consolidated class action in the U.S. District Court for the Middle District of Tennessee.  The complaint alleged violations of §§10b and 20(a) of the Securities Exchange Act arising out of the company's issuance of materially false and misleading financial information. The parties agreed to settle this action for $7 million in cash.

- BG&G obtained dismissal of a class action against our client, a national prepaid long distance provider. The lawsuit alleged false advertising with respect to applicable

fees and charges. The firm successfully defended the class action by striking class action allegations and obtaining dismissal of all claims.

- BG&G won a precedent-setting appeal in the New York Appellate Division, First Department, of a $400,000 legal fee judgment against the client. The appellate court adopted the firm's argument that the trial court improperly granted a judgment to an outgoing attorney for accrued legal fees without the attorney ever having commenced a plenary lawsuit against the client.

- *Great Wolf Resorts, Inc. Shareholder Litigation,* **Case No. 7328-VCN (Del. Ch. 2012).** BG&G served as co-counsel and obtained a $93 million increase in merger consideration – representing a 57% premium over the original deal price.  We also improved the deal terms by negotiating for a waiver of standstill agreements that were precluding potential bidders from making a topping bid for the company.

- *MannKind Corporation Securities Litigation*, **Case No. 11-CV-00929 (C.D. Cal.)**. BG&G co-counseled a securities class action and helped obtain a $22 million settlement. The action alleged that the defendants falsely represented the prospects for its AFREZZA product for the treatment of adult patients with Type 1 and Type 2 diabetes.

- *Force Protection, Inc. Sec. Litigation,* **Case No. 08-CV-845 (D.S.C.).** BG&G co-counseled a securities class action and helped obtain a $24 million settlement on behalf of the investor class, which was represented by the firm's class representative client.

- *Medicis Pharm. Corp. Sec. Litigation*, **Case No. 08-CV-1821 (D.Az.).** BG&G co-counseled and secured a favorable settlement agreement, which provided an $18 million payment to the shareholder class.

- BG&G successfully defended a consumer class action against one of our telecommunications clients, resulting in a precedential decision and establishing when a class action best serves the interest of a putative consumer class.

## NOTABLE MENTIONS

- "it's always a pleasure to work with people who are experienced and who know what they are doing and are professional and who go about their work in a professional manner. So your clients were all blessed to have you . . ."

  > - Referring to Bronstein, Gewirtz & Grossman, along with other counsel, in approving a $20mm Settlement of Joy Global, in December 2018.
  > **UNITED STATES DISTRICT JUDGE PAMELA PEPPER, E.D. WIS.**

- "[A] remarkable achievement for many reasons . . . [it] sets forth a comprehensive compensation program and timeline that is consistent for every qualifying participant."

  > - Referring to Lead-Counsel, assisted by the Plaintiffs' Executive Committee, including Bronstein, Gewirtz & Grossman, LLC, in approving a $626mm Settlement for people affected by the Flint water crisis, in 2021.
  > **UNITED STATES DISTRICT JUDGE JUDITH E. LEVY, E.D. MICH.**

- "This Court further finds that the Settlement set forth in the Settlement Stipulation is the result of good faith, arm's-length negotiations between experienced counsel representing the interests of Class Representatives, Settlement Class Members, and Defendants."

  > - Referring to Bronstein, Gewirtz & Grossman, along with co-counsel, in approving a $2,995,000 Settlement of Spectrum Pharm., Inc., in 2020.
  > **UNITED STATES DISTRICT JUDGE RICHARD F. BOULWARE, D. NEV.**

- "represents a substantial economic recovery for the settlement class" and Apple's arguments are rejected because "[j]ust as the proof is in the pudding, the quality of class counsel's representation is evident in the Settlement." Additionally, "Plaintiffs' stamina in maintaining this litigation . . . should be compensated, and the private enforcement of consumer protection statutes should be encouraged."

  > - Referring to Bronstein, Gewirtz & Grossman, along with co-counsel, substantial amount of time — over six years — devoted to this case, in approving a $20mm Settlement of Apple Inc., in the iPhone 4s litigation.
  > **UNITED STATES MAGISTRATE JUDGE LOIS BLOOM E.D.N.Y.**

## OFFICES

- **New York City**

  60 East 42nd Street, 46th Floor

  New York, New York 10165

  P: 212.697.6484


- **Brooklyn**

  34 Franklin Avenue, Suite 305

  Brooklyn, New York 11205

  P: 212.697.6484


- **Lake Hiawatha**

  40 Calumet Avenue

  Lake Hiawatha, New Jersey 07034

  P: 212.697.6484