Brian O. O'Mara (*pro hac vice* forthcoming)
Hani Y. Farah (*pro hac vice* forthcoming)
**DiCELLO LEVITT LLP**
4747 Executive Dr., Suite 240
San Diego, CA  92121
Tel. (619) 923-3939
briano@dicellolevitt.com
hfarah@dicellolevitt.com

Adam J. Levitt (Bar No. 038655)
**DiCELLO LEVITT LLP**
Ten North Dearborn St., Sixth Floor
Chicago, IL  60602
Tel.: (312) 214-7900
alevitt@dicellolevitt.com

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ARIAS LARMAY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMMO, INC., FRED W. WAGENHALS, JARED R. SMITH, AND ROBERT D. WILEY;<br><br>Defendants. | Case No. CV-24-02619-PHX-JFM<br><br>**DECLARATION OF THOMAS A. GILSON IN SUPPORT OF SHELLY BARRILE'S RESPONSE TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF** |

I, Thomas A. Gilson, declare as follows:

1.  I am an attorney with the law firm Beus O'Connor McGroder PLLC, local counsel for lead plaintiff movant Shelly Barrile.  I make this declaration in support of Shelly Barrile's Response to Competing Motions for Appointment as Lead Plaintiff.  I have personal knowledge of the matters stated herein, and, if called upon, I could and would competently testify thereto.

2.  Attached is a true and correct copy of the following:

Exhibit A:  A table providing a calculation of movant Dmitry Cherches's and Irene Zvagelsky's potentially recoverable losses under *Dura Pharms. Inc. v. Broudo*, 544 U.S. 336 (2005), on their purchases of AMMO, Inc. securities during the asserted class period.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Dated on this 13th day of December, 2024.

*s/ Thomas A. Gilson*
THOMAS A. GILSON

1