# Exhibit A

| Movant | Net Shares Purchased/ (Sold) | Preferred Stock Gain/(Loss) | Options Gain/(Loss) | Common Stock LIFO Gain/(Loss) | Total LIFO Gain/(Loss) | Common Stock *Dura* LIFO Gain/(Loss) | Total *Dura* LIFO Gain/(Loss) |
|---|---|---|---|---|---|---|---|
| Dmitry Cherches | 57,800 | ($80.00) | $595,901.00 | ($1,743,752.16) | ($1,147,931.16) | ($205,255.49) | $390,565.51 |
| Irene Zvagelsky | 108,200 | NA | $35,563.00 | ($356,513.00) | ($320,950.00) | ($355,307.44) | ($319,744.44) |
| **Totals:** | **166,000** | **($80.00)** | **$631,464.00** | **($2,100,265.16)** | **($1,468,881.16)** | **($560,562.93)** | **$70,821.07** |