Brian O. O'Mara (*pro hac vice* forthcoming)
Hani Y. Farah (*pro hac vice* forthcoming)
**DiCELLO LEVITT LLP**
4747 Executive Dr., Suite 240
San Diego, CA  92121
Tel. (619) 923-3939
briano@dicellolevitt.com
hfarah@dicellolevitt.com

Adam J. Levitt (Bar No. 038655)
**DiCELLO LEVITT LLP**
Ten North Dearborn Str., Sixth Floor
Chicago, IL  60602
Tel.: (312) 214-7900
alevitt@dicellolevitt.com

[*Additional counsel on signature page*]

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ARIAS LARMAY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMMO, INC., FRED W. WAGENHALS, JARED R. SMITH, AND ROBERT D. WILEY;<br><br>Defendants. | Case No. CV-24-02619-PHX-JFM<br><br>**REPLY MEMORANDUM IN SUPPORT OF SHELLY BARRILE'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF** |

REPLY MEMORANDUM IN SUPPORT OF SHELLY BARRILE'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF - Case No. CV-24-02619-PHX-JFM

On November 29, 2024, Shelly Barrile ("Barrile") filed a motion, pursuant to the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995, for an order: (1) appointing Barrile as Lead Plaintiff; and (2) approving Barrile's selection of Lead Counsel.  ECF No. 16.  In addition to Barrile's motion, several other motions for appointment as lead plaintiff are currently pending before the Court.

On December 12 and 13, 2024, certain movants filed responses to the competing Lead Plaintiff motions (ECF Nos. 27, 29-30) and others withdrew their motions or filed notices of non-opposition (ECF Nos. 21, 28).  Notably, none of the responses on file: (1) challenge Barrile's standing or ability to serve as Lead Plaintiff in this action; or (2) argue that Barrile is inadequate or atypical under Rule 23 of the Federal Rules of Civil Procedure.  Since these arguments were not raised on opposition, they have been waived.  *See Merritt v. Arizona*, No. CV17-4540-PHX-DGC, 2019 WL 2549696, at *5 n.1 (D. Ariz. June 20, 2019) ("It is well established that courts will not consider arguments raised for the first time in a reply brief.") (citation omitted); *Hein v. City of Chandler*, No. CV-15-01162-PHX-DJH, 2016 WL 11530432, at *4 (D. Ariz. Sept. 16, 2016) (Humetewa, J.) (similar).

Despite movant Samuel Scarborough's contention that Barrile "effectively abandoned" her motion (ECF No. 29 at 1), Barrile has not abandoned her motion to serve as Lead Plaintiff.  Indeed, Barrile has neither withdrawn her motion, like movant Dirgesh Patel (ECF No. 28), nor has she filed a notice of non-opposition like movant Cary Sommerville (ECF No. 21).  By contrast, Barrile filed a response to the competing Lead Plaintiff motions that: (1) points out that certain movants inflated their financial exposure in this matter by including losses that are not recoverable under the federal securities laws; (2) argues that movant Dmitry Cherches's trading pattern makes him atypical under Rule 23 and otherwise subject to unique defenses; and (3) articulates Barrile's adequacy and typicality to serve as Lead Plaintiff.  *See* ECF No. 27.  Accordingly, Barrile remains ready and willing to serve as Lead Plaintiff.

DATED:  December 20, 2024

*s/ Thomas A. Gilson*
THOMAS A. GILSON

1

REPLY MEMORANDUM IN SUPPORT OF SHELLY BARRILE'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF – Case No. CV-24-02619-PHX-JFM

Thomas A. Gilson (Bar No. 022460)
**BEUS O'CONNOR MCGRODER PLLC**
701 N. 44th St.
Phoenix, AZ  85008
Tel.: (480) 429-3000
tgilson@BOMlawgroup.com

*Local Counsel for Movant Shelly Barrile*

Brian O. O'Mara (*pro hac vice* forthcoming)
Hani Y. Farah (*pro hac vice* forthcoming)
**DiCELLO LEVITT LLP**
4747 Executive Dr., Suite 240
San Diego, CA  92121
Tel.: (619) 923-3939
briano@dicellolevitt.com
hfarah@dicellolevitt.com

Adam J. Levitt (Bar No. 038655)
**DiCELLO LEVITT LLP**
Ten North Dearborn St., Sixth Floor
Chicago, IL  60602
Tel.:  (312) 214-7900
alevitt@dicellolevitt.com

*Counsel for Movant Shelly Barrile and Proposed Lead Counsel for the Class*

2

REPLY MEMORANDUM IN SUPPORT OF SHELLY BARRILE'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF – Case No. CV-24-02619-PHX-JFM

## **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on December 20, 2024, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

*s/ Thomas A. Gilson*
THOMAS A. GILSON

**BEUS O'CONNOR MCGRODER PLLC**
701 N. 44th St.
Phoenix, AZ  85008
Tel.: (480) 429-3000
tgilson@BOMlawgroup.com