**POMERANTZ LLP**
Jeremy A. Lieberman
(admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com

*Counsel for Movants Dmitry Cherches and*
*Irene Zvagelsky and Proposed  Co-Lead*
*Counsel for the Class*

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Arias Larmay, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Ammo, Inc., Fred W. Wagenhals, Jared R. Smith, and Robert D. Wiley,<br><br>Defendants. | Case No. CV-24-02619-PHX-DJH<br><br>Hon. Diane J. Humetewa<br><br>**REPLY DECLARATION OF JEREMY A. LIEBERMAN IN FURTHER SUPPORT OF MOTION OF DMITRY CHERCHES AND IRENE ZVAGELSKY FOR APPOINTMENT AS CO-LEAD PLAINTIFFS AND APPROVAL OF SELECTION OF COUNSEL** |

REPLY DECLARATION IN FURTHERSUPPORT OF MOTION
CV-24-02619-PHX-DJH

I, Jeremy A. Lieberman, hereby declare as follows:

1.    I am a partner with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Dmitry Cherches ("Cherches") and Irene Zvagelsky ("Zvagelsky"), and have personal knowledge of the facts set forth herein.  I make this reply Declaration in further support of Cherches and Zvagelsky's motion for appointment as Co-Lead Plaintiffs for the Class in the above-captioned action (the "Action") and approval of their selection of Pomerantz and Bronstein, Gewirtz & Grossman, LLC ("BG&G") as Co-Lead Counsel and Keller Rohrback L.L.P. ("Keller Rohrback") as Liaison Counsel for the Class.

2.    Attached hereto as the exhibits indicated are true and correct copies of the following:

> Exhibit A:    Stock chart showing fluctuations in AMMO, Inc.'s common stock price between August 19, 2020 and September 24, 2024, both dates inclusive; and
>
> Exhibit B:    Chart comparing Cherches and Zvagelsky's profits on options transactions versus their losses on stock transactions under separate methodologies.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on December 20, 2024.

/s/ Jeremy A. Lieberman
Jeremy A. Lieberman

REPLY DECLARATION IN FURTHERSUPPORT OF MOTION
CV-24-02619-PHX-DJH
1