# EXHIBIT B

|  | LIFO methodology | Scarborough's "*Dura*" methodology |
|---|---|---|
| Common stock | ($2,100,266) | ($466,874) |
| Options | $631,464 | $13,722 |
| Preferred Stock | ($80) | $0 |
| All securities | ($1,468,882) | ($453,152) |