# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arias Larmay, et al., | No. CV-24-02619-PHX-DJH |
| Plaintiffs, | **ORDER** |
| v. | |
| AMMO Incorporated, et al., | |
| Defendants. | |

Before the Court is the Motion to Extend Time to Respond to Amended Complaint and Related Deadlines (Doc. 51), filed by Defendant Christopher Larson.

**IT IS ORDERED** that the Motion (Doc. 51) is **granted**. All deadlines pertaining to responding to the Amended Complaint are extended as follows:

- Defendants' deadline to answer, move or otherwise respond to the operative complaint or filing any motion to dismiss is extended to December 12, 2025;

- Plaintiffs shall have until January 15, 2026, to file a response, if applicable, to a motion to dismiss; and

- The deadline for Defendants to file a reply is extended to February 5, 2026.

Dated this 23rd day of October, 2025.

Honorable Diane J. Humetewa
United States District Judge