**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Arias Larmay, et al., | No. CV-24-02619-PHX-DJH |
| Plaintiffs, | **ORDER** |
| v. | |
| AMMO Incorporated, et al., | |
| Defendants. | |

Before the Court is the *Ex Parte* Application to Withdraw as Counsel for Movant Shelly Barrile ("Barrile" or "Movant") (Doc. 53), filed by Brian O. O'Mara, Hani Y. Farah, and Adam J. Levitt and the law firm of DiCello Levitt LLP, and Thomas A. Gilson and the law firm of Beus O'Connor McGroder PLLC ("Withdrawing Counsel"). Barrile has indicated consent to the Application to Withdraw. (Doc. 53-1).

Pursuant to LRCiv 83.3(b)(1), and for good cause shown,

**IT IS ORDERED** that the *Ex Parte* Application to Withdraw as Counsel for Movant Barrile (Doc. 53) is **granted.** The Clerk is directed to terminate Brian O. O'Mara, Hani Y. Farah, and Adam J. Levitt and the law firm of DiCello Levitt LLP, and Thomas A. Gilson and the law firm of Beus O'Connor McGroder PLLC as counsel of record for Movant Shelly Barrile.

Dated this 2nd day of December, 2025.

Honorable Diane J. Humetewa
United States District Judge