# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arias Larmay, et al., | No. CV-24-02619-PHX-DJH |
| Plaintiffs, | **ORDER** |
| v. | |
| AMMO Incorporated, et al., | |
| Defendants. | |

Before the Court is the Joint Stipulation to Extend Time to Respond to the Pending Motions to Dismiss and Related Deadlines and to File an Omnibus Response ("Stipulation") (Doc. 70) filed by Plaintiffs Dmitry Cherches, Irene Zvagelsky, and Hideyoshi Delgado (collectively, "Plaintiffs") and Defendants AMMO, Inc., Jared R. Smith, Fred W. Wagenhals, Robert D. Wiley, Christopher D. Larson, and John P. Flynn (collectively, "Defendants").

**IT IS ORDERED** that the Stipulation (Doc. 70) is **approved** as follows:

- Plaintiffs may file a single omnibus brief in Response to the Pending Motions to Dismiss (Docs. 64, 66, 67, 68, & 69), not to exceed 75 pages in length[1];

- Plaintiffs shall file their omnibus brief on or before February 5, 2026; and

---

[1] Plaintiffs seek to respond in one omnibus brief due to the "common arguments and reference [to] common factual elements" raised in Defendants' Motions. (Doc. 70 at 3). The Court agrees that many similar legal arguments are raised in the five separate Motions, and doubts that 75 pages are needed to adequately respond to those arguments. The Court encourages concise writing. As Franklin D. Roosevelt said, "Be sincere. Be brief. Be seated."

- • Defendants shall file replies in support of their Motions, if any, by March 5, 2026.

Dated this 6th day of January, 2026.

_____
Honorable Diane J. Humetewa
United States District Judge